**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Confirmatrix Laboratory, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Confirmatrix Laboratory Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5625637** |

4.  Debtor's address

**Principal place of business**

**1770 Cedars Road, Suite 200**
**Lawrenceville, GA 30045**
Number, Street, City, State & ZIP Code

**Gwinnett**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  Debtor's website (URL)        **www.confirmatrixlabs.com**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Confirmatrix Laboratory Inc.**                                                   Case number (*if known*)
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|--------|--|--------------|
| District | When | Case number, if known |

Debtor   **Confirmatrix Laboratory Inc.**                                    Case number (*if known*)
         Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
                                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

         Contact name

         Phone

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Confirmatrix Laboratory Inc.**
Name

Case number (*if known*)

▆ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  4, 2016**
MM / DD / YYYY

X **/s/ Ann B. Durham**
Signature of authorized representative of debtor

**Ann B. Durham**
Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ J. William Boone**
Signature of attorney for debtor

Date   **November  4, 2016**
MM / DD / YYYY

**J. William Boone**
Printed name

**James-Bates-Brannan-Groover-LLP**
Firm name

**3399 Peachtree Road, N.E.
Suite 1700
Atlanta, GA 30326**
Number, Street, City, State & ZIP Code

Contact phone   **4049976020**      Email address   **bboone@jamesbatesllp.com**

**067856**
Bar number and State

# CONFIRMATRIX LABORATORY, INC.,
**A Georgia corporation**

## JOINT ACTION OF THE SHAREHOLDERS AND DIRECTORS
## TAKEN BY UNANIMOUS WRITTEN CONSENT
## IN LIEU OF A MEETING

### W I T N E S S E T H :

### Approval of the Filing of a Proceeding under Chapter 11 of the Bankruptcy Code

Effective the 3rd day of November, 2016, the undersigned, being all of the Shareholders and Directors of Confirmatrix Laboratory, Inc. (the "*Corporation*"), pursuant to the Official Code of Georgia Annotated §§ 14-2-704 and 14-2-821, and in lieu of a Meeting of the Shareholders and Directors, do hereby consent to the adoption of the following resolutions which shall have the same force and effect as an unanimous vote taken at a duly called and held Meeting of the Shareholders and Directors and do hereby direct that this consent be filed with the minutes of the proceedings of the Board of Directors.

**WHEREAS**, the Corporation has been experiencing severe financial difficulties;

**WHEREAS**, primary lender to the Corporation has stated its intent to seek the appointment of a receiver to take charge of the assets of the Corporation;

**WHEREAS**, the Directors desire to maximize the value of the Corporation on behalf of its Shareholders and it creditors, including the lender;

**WHEREAS**, Article III, Section 8 of the Bylaws of Confirmatrix Laboratory, Inc. (the "*Bylaws*") allows any action required or permitted to be taken at a meeting of the Shareholders to be taken without a meeting if written consent (which may take the form of one or more counterpart copies), setting forth the action taken, is signed by all the holders of all the shares entitled to vote with respect to the subject matter thereof and delivered to the Corporation for inclusion in the minutes or filing with the corporate records;

**WHEREAS**, Article IV, Section 12 of the Bylaws allows any required or permitted action to be taken at a meeting of the Board of Directors or of any committee thereof to be taken without a meeting if written consent (which may take the form of one or more counterpart copies) is signed by all members of the Board of Directors or of such committee, as the case may be, and such consent is filed with the minutes of the proceedings of the Board or committee;

**WHEREAS**, Shareholders and Board of Directors believe that it is in the best interest of the Corporation to commence a voluntary bankruptcy case (the "*Case*") under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*");

**WHEREAS**, Shareholders and Board of Directors have determined that it is in the best interest to the Corporation to hire (i) the law firm of James-Bates-Brannan-Groover-LLP ("**_JBBG_**") to represent the Corporation in the Case; and (ii) any possible advisors and consultants to assist in advising the Board on maximizing the value of the Corporation;

**NOW, THEREFORE, BE IT RESOLVED** that the Board of the Directors of the Corporation hereby recommend for approval to the Shareholders and the Shareholders hereby adopt, approve, and consent to:

      (i)     the commencement of the Case, all actions necessary for the reorganization and/or liquidation of the Corporation, and any other actions allowable under the Bankruptcy Code or other applicable law;

      (ii)    the filing and execution of any and all documents necessary to initiate and maintain a bankruptcy proceeding under the Chapter 11 of the Bankruptcy Code including, but not limited to, a voluntary petition, schedules, statement of financial affairs, creditor matrix, and a list of 20 largest unsecured creditors;

      (iii)   the engagement of JBBG to represent the Corporation in the Case and any all related actions; and

      (iv)   the engagement of consultants to assist the Board on maximizing the value of the Corporation.

**BE IT FURTHER RESOLVED** that pursuant to Article III, Section 8(2) of the Bylaws of Confirmatrix Laboratory, Inc., the Shareholders waive the right to receive the material otherwise required to be furnished in a notice of a meeting at which the actions authorized herein would have been submitted to the Shareholders for action;

**BE IT FURTHER RESOLVED** that the Corporation be, and it is hereby authorized and directed to take any and all actions and execute any and all documents in furtherance of the foregoing resolutions, including, but not limited to, voluntary bankruptcy petition, statement of financial affairs, and schedules;

**BE IT FURTHER RESOLVED** that Ann Durham, the Chief Executive Officer of the Corporation, is authorized and directed to execute any and all documents necessary and appropriate to carry out the intent and purpose of the foregoing resolutions;

**BE IT FURTHER RESOLVED**, that all Shareholders and Directors signing unanimously as the Shareholders and Directors of the Corporation, each are hereby authorized and directed to execute in the name and on behalf of Corporation and to take any other action that such Shareholders and Directors may deem necessary, convenient or appropriate to carry out the intent and purpose of the preceding resolutions;

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name] Mohamed Saaifan

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_Kyle Dabe_____ (Seal)
[Name]          11/03/2016
_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above

written.

**SHAREHOLDERS:**

Ghassan Bsesou _____ (Seal)
[Name]

11-3-16 _____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

BE IT FURTHER RESOLVED that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

AND BE IT FURTHER RESOLVED, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

IN WITNESS WHEREOF, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**                              **DIRECTORS:**

Hanan Sarhan (Seal)
[Name]

_____ (Seal)          _____ (Seal)
[Name]                                    ANN B. DURHAM

_____ (Seal)          _____ (Seal)
[Name]                                    ANDREW O'HARA

_____ (Seal)          _____ (Seal)
[Name]                                    MOHAMED SAAIFAN

_____ (Seal)
[Name]

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects:

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_Ghaleb Albajeleib_ _____ (Seal)
[Name]

_Manar Alabdalh_ _____ (Seal)
[Name]

_Eman Alganim_ _____ (Seal)
[Name]

_Hicham Sadeq_ _____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name] Jasmin Al-Baghdadi

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**                                         **DIRECTORS:**

_____ (Seal)                    _____ (Seal)
[Name] KHALIL  ELKASSAS                          ANN B. DURHAM
_____ (Seal)                    _____ (Seal)
[Name]                                            ANDREW O'HARA
_____ (Seal)                    _____ (Seal)
[Name]                                            MOHAMED SAAIFAN
_____ (Seal)
[Name]
_____ (Seal)
[Name]

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_Hanane Jabar_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

SHAREHOLDERS:                          DIRECTORS:

EIYAD  TSHNINEH    (Seal)      _____ (Seal)
[Name]                                 ANN B. DURHAM

_____ (Seal)    _____ (Seal)
[Name]                                 ANDREW O'HARA

_____ (Seal)    _____ (Seal)
[Name]                                 MOHAMED SAAIFAN

_____ (Seal)
[Name]

_____ (Seal)
[Name]

3

**BE IT FURTHER RESOLVED** that any and all actions heretofore taken by the Corporation or its officers in furtherance of the foregoing resolutions is hereby ratified, confirmed, certified, and approved in all respects;

**AND BE IT FURTHER RESOLVED**, that this Written Consent (i) may be executed in multiple counterparts, each of which shall constitute an original and all of which shall constitute one consent and (ii) may be signed and transmitted by facsimile or other form of electronic transmission and such facsimile or other form of electronic transmission is to be treated as an original document, and the signature of any party thereon, for purposes hereof, is to be considered as an original signature.

**IN WITNESS WHEREOF**, the undersigned have consented as of the date first above written.

**SHAREHOLDERS:**

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

_____ (Seal)
[Name]

**DIRECTORS:**

_____ (Seal)
ANN B. DURHAM

_____ (Seal)
ANDREW O'HARA

_____ (Seal)
MOHAMED SAAIFAN

**Fill in this information to identify the case:**

Debtor name   **Confirmatrix Laboratory Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 360 Medical Supplies, Inc. 815 Progress Court Suite A Lawrenceville, GA 30043 | | | | | | $92,577.24 |
| AT&T P.O. Box 105262 Atlanta, GA 30348-5262 | | | | | | $18,729.42 |
| Bio Rad P.O. Box 849740 Los Angeles, CA 90084-9740 | | | | | | $38,770.12 |
| Blue Cross Blue Shield of GA P.O. Box 5281 Carol Stream, IL 60197-5281 | | | | | | $180,738.62 |
| Compliance S.O.S. 2001 Big Sky Lane Franklin, TN 37067 | | | | | | $14,300.00 |
| FedEx P.O. Box 660481 Dallas, TX 75266-0481 | | | | | | $83,882.93 |
| Garner Group, LLC 1206 State Blvd Franklin, TN 37064 | | | | | | $8,000.00 |
| Georgia Power 96 Annex Atlanta, GA 30396-0001 | | | | | | $7,437.18 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Confirmatrix Laboratory Inc.**                                    Case number (if known) _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GNOS Medical Suite 1800 1130 Hurricane Shoals Rd, NE, Lawrenceville, GA 30043 | | | | | | $228,397.40 |
| Gwinnett Co. Tax Commissioner P.O. Box 372 Lawrenceville, GA 30046 | | | | | | $163,425.08 |
| Newegg, Inc. Attn: Accts Receivable 17560 Rowland St Rowland Heights, CA 91748 | | | | | | $10,764.66 |
| Phenomenex P.O. Box 749397 Los Angeles, CA 90074 | | | | | | $149,569.00 |
| Quest Diagnostics P.O. Box 740736 Atlanta, GA 30374-0736 | | | | | | $19,628.11 |
| Siemens Healthcare Diagnostics P.O. Box 121102 Dallas, TX 75312-1102 | | | | | | $52,957.52 |
| Sun Life Financial P.O. Box 7247-0381 Philadelphia, PA 19170-0381 | | | | | | $18,595.66 |
| The Hartford P.O. Box 660916 Dallas, TX 75266-0916 | | | | | | $57,464.67 |
| TransProma INc. 3145 Northwoods Pwky Suite 300 Norcross, GA 30071 | | | | | | $7,891.70 |
| UCT, LLC 2731 Bartram Road Bristol Bristol, PA 19007 | | | | | | $12,214.53 |
| UPS P.O. Box 7247-0244 Philadelphia, PA 19170-0001 | | | | | | $211,203.90 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Confirmatrix Laboratory Inc.**                                    Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wondfo USA Co. Ltd 545 Willowbrook Center Pkwy Unit B Willowbrook, IL 60527 | | | | | | $15,098.00 |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Confirmatrix Laboratory Inc.**
_____
Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ali Hdabe<br>1305 Heatherton Rd<br>Dacula, GA 30019 | | 2.5 | |
| Atallah D Salaheddin<br>4100 Sterling Trace<br>Winterville, NC 28590 | | 10 | |
| Bsesou Holding Group, LLC<br>20330 Via Las Villas<br>Yorba Linda, CA 92887 | | 2 | |
| Eiyad A Ishnineh<br>13612 Porter Creek Rd<br>Charlotte, NC 28262 | | 1.5 | |
| Eman Ahmad Alganim<br>9038 Gray Birch Ct<br>Charlotte, NC 28215 | | 2 | |
| Ghaleb Uqab Alhajdalh<br>12515 Hashanli Place<br>Matthews, NC 28105 | | 3 | |
| Hamadan Dajeh<br>10003 City Market St<br>Hoschton, GA 30548 | | 1 | |
| Hanan IQAB Sarhan<br>1948 Sunny Hill Rd<br>Lawrenceville, GA 30043 | | 17.5 | |
| Hanane Jabar<br>3636 Rosecliff Trace<br>Buford, GA 30519 | | 6 | |
| Hicham Sadeq<br>2162 Stateville Blvd<br>Suite B<br>Salisbury, NC 28147 | | 2.5 | |
| Jasmin Al-Baghdadi<br>10003 City Market St<br>Hoschton, GA 30548 | | 1 | |

Sheet 1 of 2 in List of Equity Security Holders

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re: **Confirmatrix Laboratory Inc.**                                    Case No. _____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Khalil K Elkassas<br>2233 Moonhaven Way<br>Lawrenceville, GA 30043 | | 3.5 | |
| Kyle Mahmoud Dabe<br>2489 Ivy Plantation Dr<br>Buford, GA 30519 | | 1.5 | |
| Manar Mhamad Alabdalh<br>12515 Hashanli Place<br>Matthews, NC 28105 | | 1 | |
| Mohamed Saaifan<br>3112 Trinity Grove Dr<br>Dacula, GA 30019 | | 5 | |
| Paul Wesley Warrington<br>1114 Barrel Springs Hollow Rd<br>Franklin, TN 37069 | | 5 | |
| Premiere Worldwide, LLC<br>3355 Sweetwater Rd<br>Apt 9307<br>Lawrenceville, GA 30044 | | 29 | |
| Sarah Al-Baghdadi<br>11022 Woods Corner Court<br>Charlotte, NC 28277 | | 1 | |
| Zakaria Alnimr<br>1326 Calistoga Way<br>Lawrenceville, GA 30043 | | 5 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November  4, 2016**                     Signature  **/s/ Ann B. Durham**
                                                              **Ann B. Durham**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Confirmatrix Laboratory Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Confirmatrix Laboratory Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Premiere Worldwide, LLC
3355 Sweetwater Rd
Apt 9307
Lawrenceville, GA 30044**

□ None [*Check if applicable*]

**November  4, 2016**

Date

/s/ J. William Boone

J. William Boone 067856

Signature of Attorney or Litigant

Counsel for   **Confirmatrix Laboratory Inc.**

**James-Bates-Brannan-Groover-LLP**

**3399 Peachtree Road, N.E.
Suite 1700
Atlanta, GA 30326
4049976020 Fax:4049976021
bboone@jamesbatesllp.com**