**United States Bankruptcy Court**
**Northern District of Georgia**

In re Confirmatrix Laboratory, Inc.
Debtor(s)

Case No. 16-69934
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 4, 2016

/s/ Ann B. Durham
Ann B. Durham/CEO
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

360 Medical Supplies, Inc.
815 Progress Court Suite A
Lawrenceville, GA 30043

A-Com Security Co. LLP
P.O. Box 700
Fortson, GA 31808

Aarons Vending
4357 Beachview Dr
Smyrna, GA 30082

AB Sciex LLC
62510 Collections Center Drive
Chicago, IL 60693-0625

ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306

AFLAC
P.O. Box 427
Columbia, SC 29202

All Service Termite
P.O. Box 986
Buford, GA 30515

American Express
Box 360001
Fort Lauderdale, FL 33336-0001

American Proficiency Institute
Dept 9526
P.O. Box 30516
Lansing, MI 48909-8016

Arielle N Beauduy
27406 NE 65th St
Camas, WA 98607

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Athens Digital Systems Inc.
P.O. Box 660831
Dallas, TX 75266-0831

Barcodes Giant
P.O. Box 0776
Chicago, IL 60690-0776

Bio Rad
P.O. Box 849740
Los Angeles, CA 90084-9740

Blue Cross Blue Shield of GA
P.O. Box 5281
Carol Stream, IL 60197-5281

Capitol Specialty Insurance Co
P.O. Box 5900
Madison, WI 53705-0900

Cardinal Health
P.O. Box 730112
Dallas, TX 75373

Cerilliant
811 Paloma Drive, Suite A
Round Rock, TX 78665

Charter Comm
P.O. Box 742615
Cincinnati, OH 45274-2615

Chubb Group of Insurance Co.
15 Mountainview Rd
Warren, NJ 07059

Cintas Corporation
P.O. Box 633842
Cincinnati, OH 45263

Cisco WebEx, LLC
16720 Collections Center Dr
Chicago, IL 60693

City of Lawrenceville
P.O. Box 2200
Lawrenceville, GA 30046-2200

Compliance S.O.S.
2001 Big Sky Lane
Franklin, TN 37067

Conserve Heating and Cooling
P.O. Box 969
Loganville, GA 30052

Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689

Environmental & Medical Gas Se
103 Hunter INdustrial Drive
Villa Rica, GA 30180

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

FP Mailing Solutions
P.O. Box 157
Bedford Park, IL 60499-0157

Frank W. DeBorde, Esq.
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

Garner Group, LLC
1206 State Blvd
Franklin, TN 37064

Georgia Power
96 Annex
Atlanta, GA 30396-0001

GNOS Medical
Suite 1800
1130 Hurricane Shoals Rd, NE,
Lawrenceville, GA 30043

Greater Georgia Life
P.O. Box 281487
Atlanta, GA 30384-1487

Gwinnett Co. Tax Commissioner
P.O. Box 372
Lawrenceville, GA 30046

Gwinnett County Water Resource
P.O. Box 530575
Atlanta, GA 30353-0575

Gwinnett Medical Center
Duluth-Lawrencevi
100 Medical Ctr Blvd
Lawrenceville, GA 30046

Hanson/Renaissance Court Repor
400 Renaissance Center
Suite 2160
Detroit, MI 48243

Hartford Accident & Indemnity
Hartford Plaza
Hartford, CT 06115

Hillou Landscaping Service
361 Grovehurst Walk
Lawrenceville, GA 30045

Hydro, Inc.
117 Merchants Park Drive
Hoschton, GA 30548

Illinois Union Ins Co./ACE Exp
Professional Risk Division
11575 Great Oaks Way Suite 200
Alpharetta, GA 30022

Karim Lynch
265 White Pines Drive
Alpharetta, GA 30004

Kelly J Riley
4045 W. 50 South
Kokomo, IN 46901-9205

Kipu Systems, LLC
444 Brickell Ave, Suite 850
Miami, FL 33131

LEAP Pal Parts & Consumables
4216 Atlantic Avenue
Raleigh, NC 27604

Mercedes Medical
P.O. Box 850001
Orlando, FL 32885-0123

MKC Enterprises Inc.
5864 New Peachtree Rd
Atlanta, GA 30340

MTS Health Supplies, Inc.
15870 El Prado Rd, Unit B
Chino, CA 91708

My Benefits, LLC
5352 Peachtree Rd
Atlanta, GA 30341

Newegg, Inc.
Attn: Accts Receivable
17560 Rowland St
Rowland Heights, CA 91748

Pennsylvania Depart of Health
Divison of Chemistry & Toxicol
P.O. Box 500
Exton, PA 19341-0017

Phenix Research Products
73 Ridgeway Road
Candler, NC 28715

Phenomenex
P.O. Box 749397
Los Angeles, CA 90074

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250-7874

PlatinumCode
8095 215th Street West
Lakeville, MN 55044

Practice Fusion
731 Market Street, Suite 400
San Francisco, CA 94103

Pure Water Technology Georgia,
5112 Richmond Road
Bedford, OH 44146

QT Fleet Card
P.O. Box 6293
Carol Stream, IL 60197

Quest Diagnostics
P.O. Box 740736
Atlanta, GA 30374-0736

Quick Medical Transportation
759 Braselton Hwy
Suite G
Lawrenceville, GA 30043

Reach Technologies
4850 Golden Parkway
Suite B
Buford, GA 30518

Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099

Sherwin-Williams Co.
524 Lyle Circle
Lawrenceville, GA 30046

Shred-it USA
P.O. Box 13574
New York, NY 10087-3574

Siemens Healthcare Diagnostics
P.O. Box 121102
Dallas, TX 75312-1102

Smart and Eazy
3551 Philadelphia St
Chino, CA 91710

Sun Life Financial
P.O. Box 7247-0381
Philadelphia, PA 19170-0381

SunTrust Bank
Perimeter Center Parkway
GA-Atlanta-0039
Atlanta, GA 30346

SunTrust Equipment Finance
& Leasing Corp.
300 East Joppa Road, 7th Floor
Towson, MD 21286

Tecan
P.O. Box 602740
Charlotte, NC 28260-2740

The Guardian Ins & Annuity Co.
Retirement Solutions
P.O. Box 26280
Lehigh Valley, PA 18002-2680

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

TigerDirect.com
PCM File 55327
Los Angeles, CA 90074-5327

TransProma INc.
3145 Northwoods Pwky Suite 300
Norcross, GA 30071

Travelers
One Tower Square
Hartford, CT 06183

Travelers Insurance
8120 Penn Ave S
Minneapolis, MN 55431

U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448

UCT, LLC
2731 Bartram Road Bristol
Bristol, PA 19007

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

United States Liability Ins Gr
1190 Devon Park Drive
P.O. Box 6700
Wayne, PA 19087

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Utak
25020 Avenue
Valencia, CA 91355

Vendedge
3080 Northfield Place
Suite 101
Roswell, GA 30076

Verified First, LLC
1550 South Tech Lane
Suite 200
Meridian, ID 83642

Verizon
P.O. Box 660108
Dallas, TX 75266-0108

Williams, Pitts & Beard, PLLC
2042 McIngvale Rd, Suite A
Hernando, MS 38632

Wondfo USA Co. Ltd
545 Willowbrook Center Pkwy
Unit B
Willowbrook, IL 60527