**Fill in this information to identify the case:**

Debtor name **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **16-69934**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 18, 2016**     X /s/ Ann B. Durham 
Signature of individual signing on behalf of debtor

**Ann B. Durham**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **16-69934**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

**Part 1:**   **Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **2,218,499.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   **24,059,046.24**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $   **26,277,545.24**

**Part 2:**   **Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **4,365,599.37**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $   **163,425.08**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................   +$   **1,591,667.44**

4.   **Total liabilities**
   Lines 2 + 3a + 3b                                                                $   **6,120,691.89**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **16-69934**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.      Cash on hand                                                                                              $120,000.00

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)            Type of account            Last 4 digits of account
                                                                                                                     number

4.      Other cash equivalents *(Identify all)*

5.      Total of Part 1.                                                                                          $120,000.00
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        **Prepayment for Beckman-Coulter Service Contract**
8.1.    The monthly payment of $2,770.08 is debited every month from the prepayment          $8,310.24

9.      Total of Part 2.                                                                                          $8,310.24
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

Debtor   **Confirmatrix Laboratory, Inc.**
         Name                                              Case number *(If known)*  **16-69934**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:        28,911,105.00     -                25,730,883.00     = ....              $3,180,222.00
                              face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:           36,455,366.00     -                32,809,829.00     =....               $3,645,537.00
                              face amount                   doubtful or uncollectible accounts

**12.**   **Total of Part 3.**                                                                            $6,825,759.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   Raw materials | | | | |
| **20.**   Work in progress | | | | |
| **21.**   Finished goods, including goods held for resale | | | | |
| **22.**   Other inventory or supplies **Inventory and Lab Supplies** | 11/17/2016 | $66,540.56 | Recent cost | $66,540.56 |

**23.**   **Total of Part 5.**                                                                            $66,540.56
        Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ☐ No
         ■ Yes. Book value        6728.93   Valuation method        **Recent Cost**   Current Value        0

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Debtor | **Confirmatrix Laboratory, Inc.** | Case number *(if known)*  **16-69934** |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white">**Part 6:**</td><td colspan="4">Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">**Part 7:**</td><td colspan="4">Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture<br>Office furniture | $221,448.00 | | $221,448.00 |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **43.** Total of Part 7.<br>Add lines 39 through 42.  Copy the total to line 86. | | | $221,448.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
- ☐ No
- ☒ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

<table>
<tr><td style="background:black;color:white">**Part 8:**</td><td colspan="4">Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **47.1.** 2013 Kia Soul VIN KNDJT2A56D7768466<br>2013 Toyota Prius VIN JTDKN3DU3D5655285<br>2013 Ford Transit VIN NM0LS6BN7DT171851<br>2007 Ford F-150 VIN 1FTRF12207NA84280 | $111,881.00 | | $111,881.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Confirmatrix Laboratory, Inc.** | Case number *(if known)*  **16-69934** |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
   **Lab machines and lab specific equipment**       $12,540,107.44                                    $12,540,107.44

51. **Total of Part 8.**                                                                                 $12,651,988.44
   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1770 Cedars Rd.**<br>**Lawrenceville, GA**<br>**30045-6702** | Fee simple | $0.00 | | $2,218,499.00 |

56. **Total of Part 9.**                                                                                 $2,218,499.00
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Confirmatrix Laboratory, Inc.** | Case number *(If known)* **16-69934** |
|---|---|---|
| | Name | |

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | Notes receivable<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | Interests in insurance policies or annuities | |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**S Corp True-Up from Shareholders Premier Worldwide, LLC and Hanan Sarhan** | $4,165,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $4,165,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Confirmatrix Laboratory, Inc.** |
| | Name |

Case number *(If known)*  **16-69934**

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $120,000.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,310.24 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $6,825,759.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $66,540.56 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $221,448.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,651,988.44 | |
| 88. | **Real property.** *Copy line 56, Part 9.*................................................................> | | $2,218,499.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.*          + | $4,165,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $24,059,046.24 | + 91b.   $2,218,499.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,277,545.24 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Confirmatrix Laboratory, Inc.**__

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **16-69934**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **SunTrust Bank**<br>Creditor's Name<br><br> Perimeter Center Parkway<br>GA-Atlanta-0039<br>Atlanta, GA 30346<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**A/R, Equipment, Furniture, etc.** | **$4,000,000.00** | **$24,059,046.24** |

Creditor's email address, if known

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/1/2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **SunTrust Equipment Finance**<br>Creditor's Name<br>**& Leasing Corp.**<br>**300 East Joppa Road, 7th Floor**<br>**Towson, MD 21286**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**5 Liquid Chromatography Mass Spectrometry Machines and Systems** | **$365,599.37** | **$750,000.00** |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**3/2015**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Confirmatrix Laboratory, Inc.**                                    Case number (if know)    **16-69934**
      Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $4,365,599.3
     7

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Frank W. DeBorde, Esq.**<br>**1600 Atlanta Financial Center**<br>**3343 Peachtree Road, NE**<br>**Atlanta, GA 30326** | Line   2.1 | |

**Fill in this information to identify the case:**

Debtor name    **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **16-69934**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Gwinnett Co. Tax Commissioner**<br>**P.O. Box 372**<br>**Lawrenceville, GA 30046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $163,425.08 | $163,425.08 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**360 Medical Supplies, Inc.**<br>**815 Progress Court Suite A**<br>**Lawrenceville, GA 30043** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92,577.24 |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes |  |
| 3.2 | Nonpriority creditor's name and mailing address<br>**A-Com Security Co. LLP**<br>**P.O. Box 700**<br>**Fortson, GA 31808** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $194.12 |
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ☑ No ☐ Yes |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    48823                    Best Case Bankruptcy

| Debtor | Confirmatrix Laboratory, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | **16-69934** |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AAAA Self Storage - LW**
**282 East Crogan Street**
**Lawrenceville, GA 30046**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.50 |
|---|---|---|---|

**Aarons Vending**
**4357 Beachview Dr**
**Smyrna, GA 30082**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,546.46 |
|---|---|---|---|

**AB Sciex LLC**
**62510 Collections Center Drive**
**Chicago, IL 60693-0625**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.53 |
|---|---|---|---|

**ACC Business**
**P.O. Box 105306**
**Atlanta, GA 30348-5306**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,300.00 |
|---|---|---|---|

**Adam Hough C/O: Compliance SOS**
**Deborah Tanenbaum McCormick**
**2001 Big Sky Lane**
**Franklin, TN 37067**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**All Service Termite**
**P.O. Box 986**
**Buford, GA 30515**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,901.48 |
|---|---|---|---|

**American Express**
**Box 360001**
**Fort Lauderdale, FL 33336**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Confirmatrix Laboratory, Inc. | | Case number (if known) | 16-69934 |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,980.00 |
|---|---|---|---|

**American Proficiency Institute**
Dept 9526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.97 |
|---|---|---|---|

**Arielle N Beauduy**
27406 NE 65th St
Camas, WA 98607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,729.42 |
|---|---|---|---|

**AT&T**
P.O. Box 105262
Atlanta, GA 30348-5262

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,604.75 |
|---|---|---|---|

**Athens Digital Systems Inc.**
P.O. Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,540.10 |
|---|---|---|---|

**Barcodes Giant**
P.O. Box 0776
Chicago, IL 60690-0776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,791.06 |
|---|---|---|---|

**Beckman-Coulter**
DEPT. CH 10164
Palatine, IL 60055-0164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,770.12 |
|---|---|---|---|

**Bio Rad**
P.O. Box 849740
Los Angeles, CA 90084-9740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Confirmatrix Laboratory, Inc.**
Name

Case number *(if known)*    **16-69934**

| | | | |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,738.62 |
| | **Blue Cross Blue Shield of GA**<br>P.O. Box 5281<br>Carol Stream, IL 60197-5281 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,963.64 |
| | **Cardinal Health**<br>P.O. Box 730112<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Cerilliant**<br>811 Paloma Drive, Suite A<br>Round Rock, TX 78665 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.99 |
| | **Charter Communications**<br>P.O. Box 742615<br>Cincinnati, OH 45274-2615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,018.79 |
| | **Cintas Corporation**<br>P.O. Box 633842<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
| | **Cisco WebEx, LLC**<br>16720 Collections Center Dr<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.43 |
| | **City of Lawrenceville**<br>P.O. Box 2200<br>Lawrenceville, GA 30046-2200 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Confirmatrix Laboratory, Inc. | Case number (if known) | 16-69934 |
|--------|-------------------------------|------------------------|----------|
|        | Name |  |  |

**3.24** | Nonpriority creditor's name and mailing address
**Conserve Heating and Cooling**
P.O. Box 969
Loganville, GA 30052

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$735.00

---

**3.25** | Nonpriority creditor's name and mailing address
**Coverall North America, Inc.**
2955 Momentum Place
Chicago, IL 60689

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,936.00

---

**3.26** | Nonpriority creditor's name and mailing address
**Environmental & Medical Gas Se**
103 Hunter INdustrial Drive
Villa Rica, GA 30180

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,764.00

---

**3.27** | Nonpriority creditor's name and mailing address
**FedEx**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$83,882.93

---

**3.28** | Nonpriority creditor's name and mailing address
**FP Mailing Solutions**
P.O. Box 157
Bedford Park, IL 60499-0157

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$95.40

---

**3.29** | Nonpriority creditor's name and mailing address
**Garner Group, LLC**
1206 State Blvd
Franklin, TN 37064

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**3.30** | Nonpriority creditor's name and mailing address
**Georgia Power**
96 Annex
Atlanta, GA 30396-0001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,437.18

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Confirmatrix Laboratory, Inc. | Case number (if known) | 16-69934 |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GNOS Medical**
Suite 1800
1130 Hurricane Shoals Rd, NE,
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.44 |
|---|---|---|---|

**Greater Georgia Life**
PO Box 281487
Atlanta, GA 30384-1487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.50 |
|---|---|---|---|

**Gwinnett County Water Resource**
P.O. Box 530575
Atlanta, GA 30353-0575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.00 |
|---|---|---|---|

**Gwinnett Medical Ctr Duluth**
Attn: Laboratory
1000 Medical Center Blvd
Lawrenceville, GA 30046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.60 |
|---|---|---|---|

**Hanson/Renaissance Court Repor**
400 Renaissance Center
Suite 2160
Detroit, MI 48243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Hillou Landscaping Service**
361 Grovehurst Walk
Lawrenceville, GA 30045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**Hydro, Inc.**
117 Merchants Park Drive
Hoschton, GA 30548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Confirmatrix Laboratory, Inc. | Case number (if known) | 16-69934 |
|---|---|---|---|
| | Name | | |

**3.38** Nonpriority creditor's name and mailing address
Karim Lynch
265 White Pines Drive
Alpharetta, GA 30004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$299.55

**3.39** Nonpriority creditor's name and mailing address
Kelly J Riley
4045 W. 50 South
Kokomo, IN 46901-9205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$188.85

**3.40** Nonpriority creditor's name and mailing address
Kipu Systems, LLC
444 Brickell Ave, Suite 850
Miami, FL 33131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$920.00

**3.41** Nonpriority creditor's name and mailing address
LEAP Pal Parts & Consumables
4216 Atlantic Avenue
Raleigh, NC 27604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,697.20

**3.42** Nonpriority creditor's name and mailing address
Mercedes Medical
P.O. Box 850001
Orlando, FL 32885-0123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,402.71

**3.43** Nonpriority creditor's name and mailing address
MKC Enterprises Inc.
5864 New Peachtree Rd
Atlanta, GA 30340

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,002.80

**3.44** Nonpriority creditor's name and mailing address
MTS Health Supplies, Inc.
15870 El Prado Rd, Unit B
Chino, CA 91708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,284.92

| Debtor | **Confirmatrix Laboratory, Inc.** | Case number (if known) | 16-69934 |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**My Benefits, LLC**
**5352 Peachtree Rd**
**Atlanta, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,764.66 |
|---|---|---|---|

**Newegg, Inc.**
**Attn: Accts Receivable**
**17560 Rowland St**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228,397.40 |
|---|---|---|---|

**Nue Medical Consulting Inc.**
**GNOS Medical, Suite 1800**
**1130 Hurricane Shoals Rd, NE,**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul Wesley Warrington**
**1114 Barrel Springs Hollow Rd.**
**Franklin, TN 37069**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Pennsylvania Depart of Health**
**Divison of Chemistry & Toxicol**
**P.O. Box 500**
**Exton, PA 19341-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768.54 |
|---|---|---|---|

**Phenix Research Products**
**73 Ridgeway Road**
**Candler, NC 28715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,569.00 |
|---|---|---|---|

**Phenomenex**
**P.O. Box 749397**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Confirmatrix Laboratory, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | 16-69934 |

**3.52** | Nonpriority creditor's name and mailing address
**Pitney Bowes**
P.O. Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$594.91

---

**3.53** | Nonpriority creditor's name and mailing address
**PlatinumCode**
8095 215th Street West
Lakeville, MN 55044

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,549.44

---

**3.54** | Nonpriority creditor's name and mailing address
**Practice Fusion**
731 Market Street, Suite 400
San Francisco, CA 94103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,160.00

---

**3.55** | Nonpriority creditor's name and mailing address
**Pure Water Technology Georgia,**
5112 Richmond Road
Bedford, OH 44146

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$572.08

---

**3.56** | Nonpriority creditor's name and mailing address
**QT Fleet Card**
P.O. Box 6293
Carol Stream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$559.02

---

**3.57** | Nonpriority creditor's name and mailing address
**Quest Diagnostics**
P.O. Box 740736
Atlanta, GA 30374-0736

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$19,628.11

---

**3.58** | Nonpriority creditor's name and mailing address
**Quick Medical Transportation**
759 Braselton Hwy
Suite G
Lawrenceville, GA 30043

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,000.00

---

| Debtor | Confirmatrix Laboratory, Inc. | | Case number (if known) | 16-69934 |
|---|---|---|---|---|
| | Name | | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.96 |
|---|---|---|---|

Reach Technologies
4850 Golden Parkway
Suite B
Buford, GA 30518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,574.84 |
|---|---|---|---|

Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,483.23 |
|---|---|---|---|

Sherwin-Williams Co.
524 Lyle Circle
Lawrenceville, GA 30046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.74 |
|---|---|---|---|

Shred-it USA
P.O. Box 13574
New York, NY 10087-3574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,957.52 |
|---|---|---|---|

Siemens Healthcare Diagnostics
P.O. Box 121102
Dallas, TX 75312-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,829.40 |
|---|---|---|---|

Smart and Eazy
3551 Philadelphia St
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,595.66 |
|---|---|---|---|

Sun Life Financial
P.O. Box 7247-0381
Philadelphia, PA 19170-0381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Confirmatrix Laboratory, Inc. | | Case number (if known) | 16-69934 |
|---|---|---|---|---|
| | Name | | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,155.12 |
|---|---|---|---|
| | Tecan
P.O. Box 602740
Charlotte, NC 28260-2740 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,464.67 |
|---|---|---|---|
| | The Hartford
P.O. Box 660916
Dallas, TX 75266-0916 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,474.92 |
|---|---|---|---|
| | TigerDirect.com
PCM File 55327
Los Angeles, CA 90074-5327 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,891.70 |
|---|---|---|---|
| | TransProma Inc.
3145 Northwoods Pwky Suite 300
Norcross, GA 30071 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,744.15 |
|---|---|---|---|
| | Travelers Casualty Insurance
Company of America
One Tower Square
Hartford, CT 06183 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.99 |
|---|---|---|---|
| | U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,214.53 |
|---|---|---|---|
| | UCT, LLC
2731 Bartram Road Bristol
Bristol, PA 19007 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred __
Last 4 digits of account number __ | Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Confirmatrix Laboratory, Inc. | Case number (if known) | 16-69934 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

---

**3.73**

Nonpriority creditor's name and mailing address
**Uline**
**Attn: Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,827.42**

---

**3.74**

Nonpriority creditor's name and mailing address
**UPS**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$211,203.90**

---

**3.75**

Nonpriority creditor's name and mailing address
**Utak**
**25020 Avenue**
**Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,155.12**

---

**3.76**

Nonpriority creditor's name and mailing address
**Vendedge**
**3080 Northfield Place**
**Suite 101**
**Roswell, GA 30076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$594.92**

---

**3.77**

Nonpriority creditor's name and mailing address
**Verified First, LLC**
**1550 South Tech Lane**
**Suite 200**
**Meridian, ID 83642**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**3.78**

Nonpriority creditor's name and mailing address
**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$555.22**

---

**3.79**

Nonpriority creditor's name and mailing address
**Williams, Pitts & Beard, PLLC**
**2042 McIngvale Rd, Suite A**
**Hernando, MS 38632**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,722.97**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Confirmatrix Laboratory, Inc. | | Case number (if known) | 16-69934 |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,098.00 |
|---|---|---|---|
| | **Wondfo USA Co. Ltd** | ☐ Contingent | |
| | **545 Willowbrook Center Pkwy** | ☐ Unliquidated | |
| | **Unit B** | ☐ Disputed | |
| | **Willowbrook, IL 60527** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 163,425.08 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,591,667.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,755,092.52 |

**Fill in this information to identify the case:**

Debtor name **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **16-69934**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Rental units contract |
| | State the term remaining | |
| | List the contract number of any government contract | AAAA Self Storage - LW<br>282 East Crogan Street<br>Lawrenceville, GA 30046 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Landline Service Contract |
| | State the term remaining | |
| | List the contract number of any government contract | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Service Contract for Blood Lab Equipment |
| | State the term remaining | |
| | List the contract number of any government contract | Beckman-Coulter<br>DEPT. CH 10164<br>Palatine, IL 60055-0164 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Medical, Vision, Dental & Life Insurance - GA8430M; GA8430V; GA8430D; GA8430B AD&D; GA8430C Basic Life; GA2881 Optional Life |
| | State the term remaining | |
| | List the contract number of any government contract | Blue Cross Blue Shield<br>120 Monument Circle<br>Indianapolis, IN 46204-4903 |

Debtor 1    **Confirmatrix Laboratory, Inc.**
    First Name          Middle Name          Last Name         Case number *(if known)*    16-69934

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Policy #MM20141997-02 (Professional) | |
|---|---|---|---|
| | State the term remaining | | Capitol Specialty Insurance Co |
| | List the contract number of any government contract | | P.O. Box 5900 Madison, WI 53705-0900 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Policy #8247-5287 (Employment Practices) | |
| | State the term remaining | 4/15/17 | Chubb Group of Insurance Comp. |
| | List the contract number of any government contract | | 15 Mountain View Road Warren, NJ 07059 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Uniforms and floor mats | |
| | State the term remaining | | Cintas |
| | List the contract number of any government contract | | P.O. Box 633842 Cincinnati, OH 45263 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Expense Reporting Services | |
| | State the term remaining | | Concur Technologies, Inc. 3500 Lenox Road, NE |
| | List the contract number of any government contract | | Allience Cntr-Garden Terr. 2 Atlanta, GA 30326 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Policy # 8247-5287 (Employment Practices Liability) | |
| | State the term remaining | 4/15/17 | Federal Insurance Company Capital Center |
| | List the contract number of any government contract | | 251 North Illinois, Ste. 1100 Indianapolis, IN 46204 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Postage Machine | |
| | State the term remaining | | FP Mailing Solutions P.O. Box 157 Bedford Park, IL 60499-0157 |

Debtor 1    **Confirmatrix Laboratory, Inc.**                                                      Case number *(if known)*  **16-69934**
       First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

      List the contract number of any
         government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Life and Disability Insurance Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Greater Georgia Life** |
| | List the contract number of any government contract | | **PO Box 281487 Atlanta, GA 30384-1487** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Policy #20-HC-0289722-16 (Fiduciary)** | |
| | State the term remaining | 4/15/17 | **Hartford Accident & Indemnity** |
| | List the contract number of any government contract | | **One Hartford Plaza Hartford, CT 06115** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Policy #20 WE AN7177 (Workers Compensation)** | |
| | State the term remaining | 4/15/17 | **Hartford Financial Services Group, Inc.** |
| | List the contract number of any government contract | | **One Hartford Plaza Hartford, CT 06115** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # 20 BSBGQ1846 (License & Surety Bond)** | |
| | State the term remaining | 11/26/2016 | **Hartford Financial Services Group, Inc.** |
| | List the contract number of any government contract | | **One Hartford Plaza Hartford, CT 06115** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # 20 BDDHF4178 (ERISA Bond)** | |
| | State the term remaining | 5/13/2018 | **Hartford Financial Services Group, Inc.** |
| | List the contract number of any government contract | | **One Hartford Plaza Hartford, CT 06115** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Confirmatrix Laboratory, Inc. | | | Case number *(if known)* | 16-69934 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Policy #20 UUN KI1155 K3 (Property Insurance) | |
|---|---|---|---|
| | State the term remaining | 4/15/2017 | Hartford Fire Insurance Compan |
| | List the contract number of any government contract | | One Hartford Plaza<br>Hartford, CT 06155 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | LNY724377001 (NY Disability) | |
|---|---|---|---|
| | State the term remaining | 1/4/17 | Hartford Life & Accident |
| | List the contract number of any government contract | | One Hartford Plaza<br>Hartford, CT 06155 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Policy #G27586065 002 (Private Company - Directors & Officers) | |
|---|---|---|---|
| | State the term remaining | 4/15/17 | Illinois Union Ins Co./ACE Exp |
| | List the contract number of any government contract | | Professional Risk Division<br>11575 Great Oaks Way Suite 200<br>Alpharetta, GA 30022 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Third Party Administrator for 401(k) Plan | |
|---|---|---|---|
| | State the term remaining | | My Benefits, LLC |
| | List the contract number of any government contract | | 5352 Peachtree Rd<br>Atlanta, GA 30341 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Medical Billing Services Agreement dated September 5, 2013 Nue Health Consulting, Inc. n/k/a GNOS Medical, Inc. | |
|---|---|---|---|
| | State the term remaining | | Nue Health Consulting, Inc. |
| | List the contract number of any government contract | | dba Nue Med'l Consult'g, #1800<br>1130 Hurricane Shoals Rd NE<br>Lawrenceville, GA 30043 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract | Paul Wesley Warrington<br>1114 Barrel Springs Hollow Rd.<br>Franklin, TN 37069 |
|---|---|---|---|

Debtor 1    **Confirmatrix Laboratory, Inc.**
　　　First Name　　　　　Middle Name　　　　　Last Name                    Case number *(if known)*    **16-69934**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

　　　State the term remaining

　　　List the contract number of any
　　　　government contract

**2.22.**    State what the contract or          **Postage Machine (can**
lease is for and the nature of      **cancel once final bill is**
the debtor's interest               **paid)**

　　　State the term remaining                              **Pitney Bowes**
                                                            **P.O. Box 371874**
　　　List the contract number of any                        **Pittsburgh, PA 15250-7874**
　　　　government contract

**2.23.**    State what the contract or          **228337 PPO-United**
lease is for and the nature of      **Concordia Alliance**
the debtor's interest               **Network**

　　　State the term remaining                              **Sun Life Financial**
                                                            **P.O. Box 7247-0381**
　　　List the contract number of any                        **Philadelphia, PA 19170-0381**
　　　　government contract

**2.24.**    State what the contract or          **Contracts No. 631585**
lease is for and the nature of      **and 632446**
the debtor's interest               **(Maintenance of 401(k)**
                                    **Assets)**
　　　State the term remaining                              **The Guardian Ins & Annuity Co.**
                                                            **Retirement Solutions**
　　　List the contract number of any                        **P.O. Box 26280**
　　　　government contract                                   **Lehigh Valley, PA 18002-2680**

**2.25.**    State what the contract or          **Auto Insurance Policy**
lease is for and the nature of      **#BA-4D276038-16-SEL**
the debtor's interest

　　　State the term remaining          **7/11/17**      **Travelers Casualty Insurance**
                                                         **Company of America**
　　　List the contract number of any                     **One Tower Square**
　　　　government contract                                **Hartford, CT 06183**

**2.26.**    State what the contract or          **Copier Lease (48 month**
lease is for and the nature of      **lease, started 5/20/16)**
the debtor's interest

　　　State the term remaining          **5/20/2020**
                                                         **U.S. Bank Equipment Finance**
　　　List the contract number of any                     **P.O. Box 790448**
　　　　government contract                                **Saint Louis, MO 63179-0448**

Debtor 1    **Confirmatrix Laboratory, Inc.**
First Name                Middle Name                Last Name

Case number *(if known)*    **16-69934**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Practices liability - Policy #MP 1550051B** |
| | State the term remaining | |
| | List the contract number of any government contract | **United States Liability Ins Gr**<br>**1190 Devon Park Drive**<br>**P.O. Box 6700**<br>**Wayne, PA 19087** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Cellphone/Ipad Service Contracts** |
| | State the term remaining | |
| | List the contract number of any government contract | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **16-69934**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Confirmatrix Laboratory, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **16-69934**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **$33,430,133.45** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$86,856,727.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$63,483,212.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Confirmatrix Laboratory, Inc.**

Case number *(if known)* 16-69934

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Exhibit A** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Millennium Health LLC v. James Grove, et al**<br>**2016-152012-CB** | Civil | **Circuit Court for Oakland County**<br>**1200 N. Telegraph Rd**<br>**Dept 449**<br>**Pontiac, MI 48341** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Millennium Health LLC v. Confirmatrix Laboratories**<br>**2016-521847** | Civil | **237th Dist Court of Lubbock County Texas**<br>**904 Broadway**<br>**Suite 606**<br>**Lubbock, TX 79401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 2

Debtor    **Confirmatrix Laboratory, Inc.**

Case number *(if known)*   16-69934

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | SunTrust Bank and SunTrust Equipment Finance & Leasing Corp. v. Confirmatrix Laboratory, Inc. and GNOS Medical, Inc.<br>16A-11049-4 | Complaint for Appointment of Receiver | Superior Court of Gwinnett 75 Langley Dr. Lawrenceville, GA 30046 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | FBI Investigation | Nature Unknown | N/A<br>N/A | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | United Holy Land Fund<br>6000 West 79th Street<br>Burbank, IL 60459-3110 | Donation | 4/29/2015 | $10,000.00 |
| | Recipients relationship to debtor<br>None | | | |
| 9.2. | American Cancer Society<br>6500 Sugarloaf Pkwy, #260<br>Duluth, GA 30097 | Donation | 5/15/2015 | $10,000.00 |
| | Recipients relationship to debtor<br>None | | | |
| 9.3. | Hanadi Ennadi<br>960 Charter Club Drive<br>Lawrenceville, GA 30043 | Donation | 10/16/2015 | $10,000.00 |
| | Recipients relationship to debtor<br>None | | | |
| 9.4. | Gwinnett Public Schools<br>437 Old Peachtree Road NW<br>Suwanee, GA 30024-2978 | Donation | 02/02/2016 | $1,500.00 |
| | Recipients relationship to debtor<br>None | | | |

---

**Part 5:**    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

Debtor  **Confirmatrix Laboratory, Inc.**               Case number *(if known)* **16-69934**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  James-Bates-Brannan-Groover LL<br>3399 Peachtree Road, N.E.<br>Suite 1700<br>Atlanta, GA 30326 | | 11/2-11/3 | $100,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Debtor | **Confirmatrix Laboratory, Inc.** | Case number *(if known)* 16-69934 |
|---|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | United Community Bank 4000 Appalachian Highway Blue Ridge, GA 30513 | XXXX-3019 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other ___ | 11/10/2016 - Funds transferred to SunTrust Bank on SunTrust Bank's request | $42,623.25 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Confirmatrix Laboratory, Inc.**                                    Case number *(if known)* **16-69934**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **AAAA Self Storage - LW**<br>**282 East Crogan Street**<br>**Lawrenceville, GA 30046** | **Mohamed Awwad,**<br>**Warehouse Manager (2**<br>**storage units)** | **Files related to regulatory**<br>**file-retention requirements** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Debtor   **Confirmatrix Laboratory, Inc.**            Case number *(if known)*   **16-69934**

■ None

| **Business name address** | **Describe the nature of the business** | **Employer Identification number** |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

Date of service
From-To

| 26a.1. | **Smith & Howard** | **6/2016-ongoing** |
| --- | --- | --- |
| | **271 17th Street, NW** | |
| | **Suite 1600** | |
| | **Atlanta, GA 30363** | |

| 26a.2. | **Williams, Pitts & Beard, PLLC** | **9/2014 - 6/2016** |
| --- | --- | --- |
| | **2042 McIngvale Rd, Suite A** | |
| | **Hernando, MS 38632** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

If any books of account and records are
unavailable, explain why

| 26c.1. | **Smith & Howard** |
| --- | --- |
| | **271 17th Street, NW** |
| | **Suite 1600** |
| | **Atlanta, GA 30363** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **SunTrust Bank** |
| --- | --- |
| | **Perimeter Center Parkway** |
| | **GA-Atlanta-0039** |
| | **Atlanta, GA 30346** |

| 26d.2. | **SunTrust Equipment Finance** |
| --- | --- |
| | **& Leasing Corp.** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor    **Confirmatrix Laboratory, Inc.**

Case number *(if known)*  **16-69934**

|  | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Name of the person who supervised the taking of the inventory<br>**Nancy Charron** | **11/17/2016** | **$66,540.56 (Recent Cost Basis)** |
|  | Name and address of the person who has possession of inventory records<br>**Confirmatrix Laboratory, Inc.** | | |

---

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ann Durham | 1770 Cedars Road, Suite 200<br>Lawrenceville, GA 30045 | CEO and Member of the Board of Directors | None |
| Andrew O'Hara | 1130 Hurricane Shoals Rd.<br>Lawrenceville, GA 30043 | Member of the Board of Directors | None |
| Mohamed Saaifan | 3112 Trinity Grove Dr.<br>Dacula, GA 30019 | Member of the Board of Directors | 5% |
| Nancy Charron | 1170 Cedars Road, Suite 200<br>Lawrenceville, GA 30045 | VP of Lab Operations | None |

---

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul Wesley Warrington | 1114 Barrel Springs Hollow Rd.<br>Franklin, TN 37069 | CEO and 5% Shareholder | From 7/5/2012 (inception of debtor) to 6/2016 |

---

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

---

Official Form 207

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Confirmatrix Laboratory, Inc.**                    Case number *(if known)*  **16-69934**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** | | | 1. 11/2015 Shareholder Disbursement |
| | | 1. 11/13/2015 ($350,000) | 2. S Corp True-Up |
| | | 2. 11/23/2015 ($600,000) | 3. 12/2015 Shareholder Disbursement |
| **Hanan Iqab Sarhan** 1948 Sunny Hill Rd. Lawrenceville, GA 30043 | $1,060,000 | 3. 12/15/2015 ($110,000) | |
| Relationship to debtor Shareholder (17.5%) | | | |
| **30.2** | | 1. November 4, 2015 ($580,000) | |
| | | 2. December 23, 2015 ($2,000,000) | 1. 11/2015 Shareholder Disbursement |
| **Premier Worldwide, LLC** 3355 Sweetwater Rd. Apt. 9307 Lawrenceville, GA 30044 | $4,080,000 | 3. January 21, 2016 ($1,500,000) | 2. S Corp True-Up 3. 1/2016 S Corp True-Up |
| Relationship to debtor Shareholder (29%) | | | |
| **30.3** | | 2015: 11/13, 11/27, 12/11, 12/24, 12/31 2016: 1/8, 1/22, 2/5, 2/19, 3/4, 3/18, 4/1, 4/15, 4/29, 5/13, 5/27, 6/10, 6/24, 7/8, 7/22, 8/5, 8/19, 9/2, 9/16, 9/30, 10/28 | |
| **Ann Durham** 1770 Cedars Road, Suite 200 Lawrenceville, GA 30045 | $293,653.84 | | Salary |
| Relationship to debtor CEO and Member of the Board of Directors | | | |
| **30.4** | | 2015: 11/13, 11/27, 12/11, 12/31 2016: 1/8, 1/22, 2/5, 2/19, 3/4, 3/18, 4/1, 4/15, 4/29, 5/13, 5/27, 6/10, 6/24, 7/8, 7/22, 8/5, 8/19, 9/2, 9/16, 9/25, 10/28 | |
| **Nancy Charron** 1170 Cedars Road, Suite 200 Lawrenceville, GA 30045 | $179,480.65 | | Salary |
| Relationship to debtor VP of Lab Operations | | | |

Debtor    **Confirmatrix Laboratory, Inc.**                                    Case number *(if known)*  16-69934

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 | | | 1. 2015<br>Salary: 11/13, 11/27, 12/11, 12/24, 12/31<br>2016<br>Salary: 1/8, 1/23, 2/5, 2/19, 3/4, 3/18, 4/1, 4/15, 4/29, 5/13, 5/27, 6/10, 6/24, 7/8, 7/22, 8/5, 8/18, 9/2,<br>9/15, 9/30<br>2. Shareholder Disbursements: 11/13/2015 ($100,000) | |
| | Paul Wesley Warrington<br>1114 Barrel Springs Hollow Rd.<br>Franklin, TN 37069<br><br>Relationship to debtor<br>Past CEO and Current 5% Shareholder | 1. Salary: $419,615.20<br>2. Shareholder Disbursements: $150,000 | 2/15/2015 ($50,000) | 1. Salary<br>2. Shareholder Disbursements |
| 30.6 | Mohamed Saaifan<br>3112 Trinity Grove Dr.<br>Dacula, GA 30019<br><br>Relationship to debtor<br>Member of the Board of Directors and 5% Shareholder | $150,000 | 1. 11/13/2015 ($100,000)<br>2. 12/15/2015 ($50,000) | 1. 11/2015 Shareholder Disbursement<br>2. 12/2015 Shareholder Disbursement |

Debtor   **Confirmatrix Laboratory, Inc.**        Case number (if known)   **16-69934**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 | | | 1. Salary: 2015: 11/13, 11/27, 12/11, 12/24<br><br>2016: 1/8, 1/22, 2/5, 2/19, 3/4, 3/18, 4/1, 4/15, 4/29, 5/13, 5/27, 6/10, 6/24, 9/30, 10/28, 11/14<br>2. Shareholder Disbursements: 11/13/2015 ($20,000)<br><br>12/15/2015 ($10,000) | |
| | Jasmin Al-Baghdadi<br>10003 City Market St.<br>Hoschton, GA 30548<br><br>Relationship to debtor<br>Employee and 1% Shareholder | 1. Salary: $53,818<br>2. Shareholder Disbursements: $30,000 | | 1. Salary<br>2. Shareholder Disbursements |
| 30.8 | | | 1. Salary: 2015: 11/13, 11/27, 12/11, 12/24, 12/31<br><br>2016: 1/8, 2/5, 2/19, 3/4, 3/18, 4/1, 4/15, 4/29, 5/13, 5/27, 6/10, 6/24, 7/8, 9/16, 9/30, 10/28<br>2. Shareholder Disbursements: 11/13/2015 ($20,000)<br><br>12/15/2015 ($10,000) | |
| | Hamdan Dajeh<br>10003 City Market St.<br>Hoschton, GA 30548<br><br>Relationship to debtor<br>Employee and 1% Shareholder | 1. Salary: $46,771.54<br>2. Shareholder Disbursements: $30,000 | | 1. Salary<br>2. Shareholder Disbursements |
| 30.9 | Wes Warrington Enterprises LLC<br>5684 Mountain Oak<br>Braselton, GA 30517<br><br>Relationship to debtor<br>Associated Entity of Paul Wesley Warrington | $175,840.53 | 2015: 11/4, 12/4<br>2016: 1/7, 2/2, 3/1, 4/1, 5/4 | Consulting Fee |

Debtor    **Confirmatrix Laboratory, Inc.**                                    Case number (if known)  **16-69934**

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                                **Employer Identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                                **Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

   WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 18, 2016

/s/ Ann B. Durham                                   Ann B. Durham
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

| Column 1 | Column 2 | Column 3 | Column 7 | Column 8 |
|---|---|---|---|---|
| **Date** | **Check #** | **Payee** | **Purpose** | **Amount** |
| 08/01/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 1,140.73 |
| 08/01/2016 | ACH DE... | Sun Trust Bank LOC | July 2016 LOC interest pmt | 10,218.12 |
| 08/01/2016 | WIRE | ███████████ | 7/2016 commissions | 519.41 |
| 08/01/2016 | WIRE | ███████████ | Payroll check | 1,929.17 |
| 08/01/2016 | 15937 | Sam's Club | Office Supplies | 642.76 |
| 08/01/2016 | 16063 | Mercedes Medical | Lab Consumables | 176.15 |
| 08/01/2016 | 15389 | SunTrust | Capital Lease pmt | 73,119.86 |
| 08/02/2016 | ACH DE... | State of Washington | State taxes | 3,401.61 |
| 08/02/2016 | MS FEE | EPN | Bank fees | 26.20 |
| 08/02/2016 | 15938 | ███████████ | Employee Loan | 300.00 |
| 08/02/2016 | 15939 | 360 Medical Supplie... | Lab Consumables | 19,514.60 |
| 08/03/2016 | WIRE | GNOS Medical Consult... | Billing Fees, Accounting fees, IT fees | 174,011.05 |
| 08/03/2016 | 15940 | Pipette Calibration S... | Lab Services | 680.00 |
| 08/04/2016 | ACH DE... | Georgia Power | Utility Electricity | 2,096.58 |
| 08/04/2016 | ACH DE... | Georgia Power | Utility Electricity | 1,097.67 |
| 08/04/2016 | ACH DE... | The Guardian Ins | 401k payment | 12,277.76 |
| 08/04/2016 | ACH DE... | The Guardian Ins | 401k payment | 6,316.66 |
| 08/04/2016 | ACH DE... | Verizon | Cell phone bill | 608.39 |
| 08/04/2016 | MS FEE | Clearent | Bank fees | 560.61 |
| 08/04/2016 | 15941 | Joseph, Aleem & Slo... | Legal retainer fee | 15,000.00 |
| 08/04/2016 | 15942 | ███████████ | 06/2016 commissions | 14,297.76 |
| 08/04/2016 | 15943 | A-Com Security Co,... | Lab repair and maint. | 132.50 |
| 08/04/2016 | 15944 | AB Sciex LLC | Lab Consumables | 1,113.35 |
| 08/04/2016 | 15945 | ACC Business | Telephone utility-ethernet | 1,088.00 |
| 08/04/2016 | 15946 | Amazing Charts, LLC | Lab Services | 750.00 |
| 08/04/2016 | 15947 | American Proficienc... | Lab licensing | 85.50 |
| 08/04/2016 | 15948 | AT&T | Telephone utility | 1,789.21 |
| 08/04/2016 | 15949 | Cardinal Health | Lab Consumables | 2,101.60 |
| 08/04/2016 | 15950 | ███████████ | insurance reimb. | 221.40 |
| 08/04/2016 | 15951 | Cintas Corporation-... | Lab Services | 788.45 |
| 08/04/2016 | 15952 | Cisco WebEx, LLC | Web services | 99.00 |
| 08/04/2016 | 15953 | Coverall North Amer... | Janitorial fees | 1,312.00 |
| 08/04/2016 | 15954 | Environmental & Me... | Lab Services | 2,688.62 |
| 08/04/2016 | 15955 | FedEx | 3464-9633-9 | 9,737.13 |
| 08/04/2016 | 15956 | Georgetown/Scott Co... | Local state taxes payroll | 864.82 |
| 08/04/2016 | 15957 | Hillon Landscaping... | landscaping maint. | 300.00 |
| 08/04/2016 | 15958 | LEAP Pul Parts and ... | Lab Consumables | 3,304.42 |
| 08/04/2016 | 15959 | Mercedes Medical | Lab Consumables | 1,451.47 |
| 08/04/2016 | 15960 | MKC Enterprises Inc. | waste removal | 1,449.70 |
| 08/04/2016 | 15961 | MTS Health Supplies... | Lab Consumables | 133.98 |
| 08/04/2016 | 15962 | Newegg, Inc. | Clinic Supplies | 2,208.83 |
| 08/04/2016 | 15963 | Phenomenex | Lab Consumables | 11,376.00 |
| 08/04/2016 | 15964 | Pitney Bowes | POSTAGE | 321.76 |



EXHIBIT
A

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 08/04/2016 | 15965 | PlatinumCode | Lab Consumables | 819.76 |
| 08/04/2016 | 15966 | Pure Water Technolo... | office expense-water | 286.04 |
| 08/04/2016 | 15967 | Quest Diagnostics | Lab Services | 97.05 |
| 08/04/2016 | 15968 | Republic Services | waste removal | 570.32 |
| 08/04/2016 | 15969 | Stierwilt-Williams Co. | Lab repair and maint. | 7,409.40 |
| 08/04/2016 | 15970 | Siemens Healthcare ... | Lab Consumables | 7,632.11 |
| 08/04/2016 | 15971 | TigerDirect.com | Clinic Supplies | 3,224.21 |
| 08/04/2016 | 15972 | TransProma Inc. | Marketing material | 3,196.43 |
| 08/04/2016 | 15973 | U.S. Bank Equipment... | Copier lease | 1,881.20 |
| 08/04/2016 | 15974 | Vendedge | office expense-snack machine | 207.58 |
| 08/04/2016 | 15975 | Verified First, LLC | background screening | 132.00 |
| 08/04/2016 | 15976 | ██████████ | contract Labor | 90.00 |
| 08/04/2016 | 15977 | Quick Medical Trans... | waste removal | 7,000.00 |
| 08/04/2016 | 15978 | UPS | Shipping | 20,849.00 |
| 08/05/2016 | ACH DE... | Verizon | Cell phone bill | 3,499.06 |
| 08/05/2016 | ACH DE... | ██████████ | contract Labor | 816.00 |
| 08/05/2016 | ACH DE... | ██████████ | contract Labor | 280.20 |
| 08/05/2016 | ACH DE... | ██████████ | contract Labor | 67.50 |
| 08/05/2016 | ACH DE... | Carolina Pain Associ... | 8/2016 Clinic lease pmt | 434.20 |
| 08/05/2016 | ACH DE... | East Tennessee Cent... | 8/2016 Clinic lease pmt | 511.00 |
| 08/05/2016 | ACH DE... | East Tennessee Spine... | 8/2016 Clinic lease pmt | 1,077.60 |
| 08/05/2016 | ACH DE... | Everette B Thombs, ... | 8/2016 Clinic lease pmt | 316.96 |
| 08/05/2016 | 15979 | ██████████ | contract Labor | 400.00 |
| 08/05/2016 | 15980 | ██████████ | contract Labor | 480.00 |
| 08/05/2016 | 15981 | 360 Medical Supplie... | Lab Consumables | 49,200.88 |
| 08/05/2016 | 15.380 | ADP, LLC | Payroll processed by ADP-Taxes | 130,167.42 |
| 08/05/2016 | 15.380 | ADP, LLC | Payroll processed by ADP | 315,579.82 |
| 08/05/2016 | 15.380 | ADP, LLC | payroll processed by ADP-garnishments | 726.40 |
| 08/07/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 237.42 |
| 08/08/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 1.87 |
| 08/08/2016 | wire | ██████████ | contract Labor | 640.00 |
| 08/08/2016 | WIRE | ██████████ | 7/2016 commissions | 88,527.59 |
| 08/10/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 119.90 |
| 08/11/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 22.32 |
| 08/11/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 0.08 |
| 08/12/2016 | ACH DE... | ADP, LLC | payroll processing fee | 1,421.29 |
| 08/12/2016 | 15982 | ██████████ | contract Labor | 281.25 |
| 08/12/2016 | 15983 | ██████████ | contract Labor | 232.50 |
| 08/12/2016 | 15984 | ██████████ | Reimburse expense charge, gas | 26.17 |
| 08/12/2016 | 15985 | Blue Cross Blue Shie... | Health, Vision and Life insurance | 47,351.33 |
| 08/12/2016 | 15986 | ██████████ | contract Labor | 247.50 |
| 08/12/2016 | 15987 | ██████████ | contract Labor | 55.00 |
| 08/12/2016 | 15988 | City of Lawrenceville | Gas utility | 63.60 |
| 08/12/2016 | 15989 | ██████████ | contract Labor | 180.00 |
| 08/12/2016 | 15990 | ██████████ | Reimburse expense charge, parking | 22.00 |

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---|
| 08/12/2016 | 15991 | ████████ | Reimburse expense charge, Tolls | 204.00 |
| 08/12/2016 | 15992 | The Hartford | Workers Comp Insurance | 23,299.06 |
| 08/15/2016 | ACH DE... | Wire Transfer Fee | Bank fees | 15.00 |
| 08/15/2016 | ACH DE... | Georgia Department of Revenue | Tax Payment | 163.13 |
| 08/15/2016 | ACH DE... | AMEX Corp Card | Amex card payment-sales team and admin | 82,431.12 |
| 08/15/2016 | ACH DE... | ████████ | 7/2016 commissions | 6,725.00 |
| 08/15/2016 | ACH DE... | ████████ | 7/2016 commissions | 522.53 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 31,588.92 |
| 08/15/2016 | WIRE | Dynamic Medical .c | 7/2016 commissions | 3,311.42 |
| 08/15/2016 | WIRE | Lab Services Partners | 7/2016 commissions | 51,772.38 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 4,303.33 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 1,544.91 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 1,166.90 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 284,040.00 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 17,780.00 |
| 08/15/2016 | WIRE | ████████ | 7/2016 commissions | 11,550.00 |
| 08/15/2016 | 15993 | ████████ | 7/2016 commissions | 575.25 |
| 08/15/2016 | 15994 | ████████ | 7/2016 commissions | 589.85 |
| 08/15/2016 | 15995 | ████████ | 7/2016 commissions | 125.42 |
| 08/15/2016 | 15996 | ████████ | 7/2016 commissions | 8,010.00 |
| 08/15/2016 | 15997 | ████████ | 7/2016 commissions | 2,562.95 |
| 08/15/2016 | 15998 | ████████ | 7/2016 commissions | 2,700.00 |
| 08/15/2016 | 15999 | ████████ | 7/2016 commissions | 3,538.48 |
| 08/15/2016 | 16000 | ████████ | 7/2016 commissions | 25.00 |
| 08/15/2016 | 16001 | ████████ | 7/2016 commissions | 1,202.78 |
| 08/15/2016 | 15,384 | ADP, LLC | Payroll processed by ADP-Taxes | 34,240.45 |
| 08/15/2016 | 15,384 | ADP, LLC | Payroll processed by ADP | 79,829.79 |
| 08/16/2016 | WIRE | ████████ | 7/2016 commissions | 1,525.00 |
| 08/17/2016 | 16002 | ████████ | contract Labor | 165.00 |
| 08/17/2016 | 16003 | ████████ | contract Labor | 75.00 |
| 08/18/2016 | ACH DE... | SunTrust | Bank fees | 1,290.87 |
| 08/18/2016 | WIRE | ████████ | 7/2016 commissions | 39,345.00 |
| 08/18/2016 | WIRE | ████████ | 7/2016 Consulting fee-lab | 10,000.00 |
| 08/19/2016 | ACH DE... | ADP, LLC | payroll processing fee | 688.84 |
| 08/19/2016 | ACH DE... | ████████ | contract Labor | 1,173.00 |
| 08/19/2016 | ACH DE... | Kipu Systems, LLC | Lab Services | 18,750.00 |
| 08/19/2016 | ACH DE... | Kipu Systems, LLC | Lab Services | 1,836.00 |
| 08/19/2016 | WIRE | ████████ | 7/2016 commissions | 720.00 |
| 08/19/2016 | 16004 | ████████ | contract Labor | 62.50 |
| 08/19/2016 | 16005 | COLA | Lab licensing | 5,104.00 |
| 08/19/2016 | 16006 | ████████ | contract Labor | 15.00 |
| 08/19/2016 | 16007 | ████████ | contract Labor | 250.00 |
| 08/19/2016 | 16008 | UPS | Shipping | 22,182.22 |
| 08/19/2016 | 16009 | William M Blood | Shipping | 8.51 |
| 08/19/2016 | 16010 | Wondfo USA Co. Ltd | Clinic Supplies | 9,866.00 |

| 08/19/2016 | 16011 | TransProma Inc. | Marketing material | 4,918.40 |
|---|---|---|---|---|
| 08/19/2016 | 16012 | Slice Graphics | Marketing material | 1,300.92 |
| 08/19/2016 | 16013 | Mohammad Abdo (v | insurance reimb. | 98.94 |
| 08/19/2016 | 15.385 | ADP, LLC | Payroll processed by ADP-Taxes | 96,649.34 |
| 08/19/2016 | 15.385 | ADP, LLC | payroll processed by ADP-garnishments | 460.38 |
| 08/19/2016 | 15.385 | ADP, LLC | Payroll processed by ADP | 254,432.12 |
| 08/20/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 218.22 |
| 08/22/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 13.08 |
| 08/22/2016 | MS FEE | SunTrust Merchant S... | Bank fees | 0.47 |
| 08/23/2016 | WIRE | | 7/2016 commissions | 970.31 |
| 08/23/2016 | WIRE | | 7/2016 commissions | 17,346.40 |
| 08/23/2016 | 16014 | UPS | Shipping | 156.11 |
| 08/26/2016 | ACH DE... | ADP, LLC | payroll processing fee | 1,254.34 |
| 08/26/2016 | wire | Quick Medical Trans... | waste removal | 4,370.00 |
| 08/26/2016 | WIRE | | 7/2016 commissions | 4,740.00 |
| 08/26/2016 | WIRE | | 7/2016 commissions | 1,686.70 |
| 08/26/2016 | 16015 | ACC Business | Telephone utility-ethernet | 1,102.00 |
| 08/26/2016 | 16016 | All Service Termite | Lab Services | 75.00 |
| 08/26/2016 | 16017 | AT&T | Telephone utility | 1,984.99 |
| 08/26/2016 | 16018 | Blue Cross Blue Shie... | Health, Vision and Life insurance | 47,351.32 |
| 08/26/2016 | 16019 | Charter Comm. | Utility internet | 220.00 |
| 08/26/2016 | 16020 | Environmental & Me... | Lab Services | 11,403.58 |
| 08/26/2016 | 16021 | FedEx | Shipping | 4,188.54 |
| 08/26/2016 | 16022 | Greater Georgia Life | Life insurance for employees | 376.27 |
| 08/26/2016 | 16023 | Gwinnett County Wa... | Utility water | 263.71 |
| 08/26/2016 | 16024 | Quest Diagnostics | Lab Services | 12,164.83 |
| 08/26/2016 | 16025 | Ramsey & Ramsey J... | Lab repair and maint. | 325.00 |
| 08/26/2016 | 16026 | Republic Services | waste removal | 602.11 |
| 08/26/2016 | 16027 | Siemens Healthcare ... | Lab Consumables | 25,174.04 |
| 08/26/2016 | 16028 | Smart and Eazy Corp | Clinic Supplies | 630.80 |
| 08/26/2016 | 16029 | Smith & Howard, PC | CPA bill | 15,000.00 |
| 08/26/2016 | 16030 | | reimburse travel fees AACC 2016 | 2,839.42 |
| 08/26/2016 | 16031 | Sun Life Financial | Dental, STD and LTD insurance | 9,188.19 |
| 08/26/2016 | 16032 | The Hartford | General Liability Ins-health Care | 205.25 |
| 08/26/2016 | 16033 | Travelers Insurance | Auto Insurance | 657.08 |
| 08/26/2016 | 16034 | UPS | Shipping | 24,067.02 |
| 08/26/2016 | 16035 | Verizon | Cell phone bill | 608.46 |
| 08/26/2016 | 16036 | | contract Labor | 275.00 |
| 08/26/2016 | 16037 | AAAA Self Storage | Storage unit | 192.00 |
| 08/30/2016 | ACH DE... | PP Mailing Soultions | POSTAGE | 107.00 |
| 08/30/2016 | 15.388 | Sun Trust | Capital Lease pmt | 73,119.86 |
| 08/31/2016 | ACH DE... | Sun Trust Bank LOC | August 2016 LOC interest pmt | 10,312.32 |
| 08/31/2016 | 16038 | | contract Labor | 127.50 |
| 08/31/2016 | 16039 | | contract Labor | 916.50 |
| 08/31/2016 | 16040 | | contract Labor | 482.76 |

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 09/01/2016 | ACH DE... | ██████████ | contract Labor | 1,173.00 |
| 09/01/2016 | ACH DE... | Aflac Group Insurance | Aflac Insurance 20939 4/2016 | 1,278.92 |
| 09/01/2016 | ACH DE... | Aflac Group Insurance | Aflac Insurance 20939 5/2016 | 1,204.42 |
| 09/01/2016 | ACH DE... | Aflac Group Insurance | Aflac Insurance 20939 6/2016 | 1,183.96 |
| 09/01/2016 | ACH DE... | Aflac Group Insurance | Aflac Insurance 20939 7/2016 | 1,666.43 |
| 09/01/2016 | ACH DE... | Aflac Group Insurance | Aflac Insurance 20939 8/2016 | 1,086.10 |
| 09/01/2016 | 16041 | Sam's Club | Office Supplies | 416.76 |
| 09/02/2016 | ACH DE... | FP Mailing Soultions | POSTAGE | 207.00 |
| 09/02/2016 | WIRE | ██████████ | Payroll check | 888.07 |
| 09/02/2016 | WIRE | ██████████ | Payroll check | 888.07 |
| 09/02/2016 | 16043 | Beckman-Coulter | Lab Consumables | 10,057.81 |
| 09/02/2016 | 16045 | Cardinal Health | Lab Consumables | 3,865.44 |
| 09/02/2016 | 16049 | Georgia Power | Utility Electricity | 7,963.63 |
| 09/02/2016 | 16050 | Gwinnett Medical Ce... | Lab Services | 202.00 |
| 09/02/2016 | 16052 | LEAP Pal Parts and ... | Lab Consumables | 2,044.69 |
| 09/02/2016 | 16053 | MTS Health Supplies... | Lab Consumables | 1,273.00 |
| 09/02/2016 | 16055 | PlatinumCode | Lab Consumables | 202.51 |
| 09/02/2016 | 16056 | Shred-it USA | waste removal | 146.84 |
| 09/02/2016 | 16057 | Smart and Eazy Corp | Clinic Supplies | 4,198.60 |
| 09/02/2016 | 16058 | UCT, LLC | Lab Consumables | 8,202.32 |
| 09/02/2016 | 16060 | UPS | Shipping | 22,084.78 |
| 09/02/2016 | 16062 | Wondfo USA Co. Ltd | Clinic Supplies | 3,000.00 |
| 09/02/2016 | 16064 | Blue Cross Blue Shie... | Health, Vision and Life insurance | 45,423.28 |
| 09/02/2016 | 16065 | Greater Georgia Life | Life insurance for employees | 310.91 |
| 09/02/2016 | 16066 | Sun Life Financial | Dental, STD and LTD insurance | 9,054.91 |
| 09/02/2016 | 16067 | ██████████ | contract Labor | 131.25 |
| 09/02/2016 | 15.387 | ADP, LLC | Payroll processed by ADP-Taxes | 89,882.95 |
| 09/02/2016 | 15.387 | ADP, LLC | Payroll processed by ADP- Child Support | 36.40 |
| 09/02/2016 | 15.387 | ADP, LLC | Payroll processed by ADP | 240,750.67 |
| 09/02/2016 | 15.387 | ADP, LLC | Payroll processed by ADP-Garnishments | 150.00 |
| 09/02/2016 | 15.387 | ADP, LLC | Payroll processed by ADP-Taxes | (08.01) |
| 09/05/2016 | ACH DE... | Verizon | Cell phone bill | 4,769.48 |
| 09/08/2016 | wire | Nue Medical Consult... | Billing Fees, Accounting fees, IT fees | 40,000.00 |
| 09/09/2016 | ACH DE... | ADP, LLC | payroll processing fee | 1,188.77 |
| 09/13/2016 | 16068 | Souq International M... | Employee meal 9/13/16 | 1,060.00 |
| 09/14/2016 | wire | Nue Medical Consult... | Billing Fees, Accounting fees, IT fees | 100,000.00 |
| 09/14/2016 | wire | Nue Medical Consult... | Billing Fees, Accounting fees, IT fees | 48,476.57 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 1,637.38 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 293.38 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 1,819.65 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 3,055.29 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 409.19 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 30,923.89 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 11,884.21 |
| 09/15/2016 | wire | ██████████ | 8/2016 commissions | 5,741.26 |

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---|
| 09/15/2016 | wire | | 8/2016 commissions | 7,747.47 |
| 09/15/2016 | wire | | 8/2016 commissions | 19,065.32 |
| 09/15/2016 | wire | | 8/2016 commissions | 28,552.47 |
| 09/15/2016 | wire | | 8/2016 commissions | 13,405.00 |
| 09/15/2016 | wire | | 8/2016 commissions | 269,640.00 |
| 09/15/2016 | wire | | 8/2016 commissions | 20,335.00 |
| 09/15/2016 | wire | | 8/2016 commissions | 7,900.00 |
| 09/15/2016 | wire | | 8/2016 consulting fee-Lab | 10,000.00 |
| 09/15/2016 | wire | | 8/2016 commissions | 26,925.00 |
| 09/15/2016 | WIRE | | Payroll check | 131.32 |
| 09/15/2016 | 16085 | | | 105.97 |
| 09/15/2016 | 16086 | | 8/2016 commissions | 832.36 |
| 09/15/2016 | 16087 | | contract Labor | 113.30 |
| 09/15/2016 | 16088 | | 8/2016 commissions | 54.83 |
| 09/16/2016 | 16069 | | contract Labor | 281.25 |
| 09/16/2016 | 16070 | Organomation | 27962 | 89.00 |
| 09/16/2016 | 16071 | Quick Medical Trans... | waste removal | 2,630.00 |
| 09/16/2016 | 15.391 | ADP, LLC | Payroll processed by ADP-Taxes | 139,377.75 |
| 09/16/2016 | 15.391 | ADP, LLC | Payroll processed by ADP- Child Support | 36.40 |
| 09/16/2016 | 15.391 | ADP, LLC | Payroll processed by ADP | 321,238.89 |
| 09/16/2016 | 15.391 | ADP, LLC | Payroll processed by ADP-Garnishments | 150.00 |
| 09/16/2016 | 15.391 | ADP, LLC | Payroll processed by ADP-Tax Levy | 108.01 |
| 09/19/2016 | ACH Pay... | Georgia Department ... | Tax Payment | 301.11 |
| 09/19/2016 | wire | | Payroll check | 1,271.97 |
| 09/19/2016 | 16072 | | contract Labor | 136.00 |
| 09/19/2016 | 16073 | | contract Labor | 186.96 |
| 09/19/2016 | 16074 | Sam's Club | Office Supplies | 530.54 |
| 09/20/2016 | ach debit | QT Fleet Card | Gas for courrier autos | 465.06 |
| 09/20/2016 | ACH DE... | | contract Labor | 940.16 |
| 09/20/2016 | WIRE | | 8/2016 commissions | 550.75 |
| 09/20/2016 | 16075 | | 8/2016 commissions | 376.66 |
| 09/20/2016 | 16076 | | 8/2016 commissions | 12,690.00 |
| 09/20/2016 | 16077 | FedEx | Shipping | 5,315.75 |
| 09/20/2016 | 16078 | | contract Labor | 132.00 |
| 09/20/2016 | 16079 | Joseph, Aleem & Slo... | 9/2016 legal retainer fee | 15,000.00 |
| 09/20/2016 | 16080 | | contract Labor | 135.00 |
| 09/20/2016 | 16081 | | 7/2016 Commissions | 26,619.34 |
| 09/20/2016 | 16082 | Siemens Healthcare ... | Lab Consumables | 7,086.93 |
| 09/20/2016 | 16083 | Slice Graphics | Marketing material | 641.34 |
| 09/20/2016 | 16084 | Smith & Howard, PC | CPA bill | 17,215.00 |
| 09/21/2016 | wire | | 8/2016 commissions | 3,750.00 |
| 09/22/2016 | WIRE | East Tennessee Cent... | 9/2016 Clinic Lease pmt | 511.00 |
| 09/23/2016 | ach debit | Janelle Trampush | reimb food/bag fees for travel | 238.56 |
| 09/23/2016 | ACH DE... | ADP, LLC | payroll processing fee | 1,569.29 |
| 09/23/2016 | WIRE | East Tennessee Spine... | 9/2016 Clinic Lease pmt | 1,077.60 |

| Date | Num | Payee | Description | Amount |
|---|---|---|---|---|
| 09/23/2016 | 16089 | Beaumont Behavoira... | Aug-Sept 2016 Clinci lease pmts | 1,295.40 |
| 09/23/2016 | 16090 | Cumberland Properti... | Aug-Sept 2016 Clinci lease pmts | 1,770.00 |
| 09/23/2016 | 16091 | | reimb James Floyd contract labor | 68.75 |
| 09/23/2016 | 16092 | | contract Labor | 250.00 |
| 09/23/2016 | 16093 | Mohammad Abdo{v | reimb gas-courrie auto | 20.00 |
| 09/23/2016 | 16094 | Mohmmad S. Sirudi | Lab repair and maint. | 50.00 |
| 09/23/2016 | 16095 | Ramsey & Ramsey J... | Lab repair and maint. | 415.00 |
| 09/23/2016 | 16096 | The Medical Group | Aug-Sept 2016 Clinci lease pmts | 589.88 |
| 09/23/2016 | 16097 | | 8/2016 Commissions | 172.82 |
| 09/23/2016 | 16098 | Willard M. West, M.D. | Aug-Sept 2016 Clinci lease pmts | 252.00 |
| 09/23/2016 | 16099 | William Calvin Powe... | Aug-Sept 2016 Clinci lease pmts | 422.40 |
| 09/23/2016 | 16100 | | 8/2016 Commissions | 25,000.00 |
| 09/23/2016 | 16101 | LEAP Pal Parts and ... | Lab Consumables | 3,357.96 |
| 09/23/2016 | 16102 | Tecan | service contract for lab equipment | 6,390.64 |
| 09/30/2016 | ACH DE... | Aflac Group Insurance | Aflac insurance 20939 9/2016 | 1,086.10 |
| 09/30/2016 | ACH DE... | Sun Trust Bank LOC | September 2016 LOC interest pmt | 10,077.40 |
| 09/30/2016 | WIRE | | contract Labor | 484.00 |
| 09/30/2016 | 16103 | AAAA Self Storage | 10/2016 rent storage unit | 192.00 |
| 09/30/2016 | 16104 | | contract Labor | 1,033.11 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP- Child Support | 36.40 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP- Child Support | 35.09 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP-Garnishments | 150.06 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP-Garnishments | 150.00 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP-Tax Levy | 146.67 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP-Taxes | 85,358.49 |
| 09/30/2016 | 15.395 | ADP, LLC | Payroll processed by ADP | 233,027.96 |
| 10/03/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 56.70 |
| 10/03/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 28.60 |
| 10/03/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 1.23 |
| 10/04/2016 | 16105 | Quick Medical Trans... | waste removal | 7,000.00 |
| 10/05/2016 | ach debit | Blue Cross Blue Shie... | Health, Vision and Life insurance | 45,423.29 |
| 10/05/2016 | ACH DE... | Verizon | Cell phone bill | 4,764.25 |
| 10/05/2016 | 16106 | Jacks | meals for employees during training | 802.50 |
| 10/05/2016 | 16107 | Beckman-Coulter | Lab Consumables | 1,779.36 |
| 10/05/2016 | 16108 | Cardinal Health | Lab Consumables | 1,599.01 |
| 10/05/2016 | 16109 | Mercedes Medical | Lab Consumables | 759.01 |
| 10/05/2016 | 16110 | Quest Diagnostics | Lab Services | 7,036.02 |
| 10/05/2016 | 16111 | UPS | Shipping | 22,751.33 |
| 10/05/2016 | 16112 | MKC Enterprises Inc. | waste removal | 2,507.00 |
| 10/06/2016 | ACH DE... | Clearent | Bank fees | 611.88 |
| 10/06/2016 | 16113 | Joseph, Aleem & Slo... | 10/2016 legal retainer fee | 15,000.00 |
| 10/07/2016 | ACH Debit | U.S. Bank Equipmen... | Copier lease | 2,831.16 |
| 10/07/2016 | ACH DE... | ADP, LLC | payroll processing fee | 1,158.94 |
| 10/07/2016 | 16115 | | contract Labor | 40.00 |
| 10/07/2016 | 16116 | Garner Group, LLC | recruiting services | 8,000.00 |

| | | | | |
|---|---|---|---|---|
| 10/07/2016 | 16117 | | meals for employees during training | 49.10 |
| 10/07/2016 | 16118 | | contract Labor | 157.50 |
| 10/11/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 50.04 |
| 10/11/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 22.40 |
| 10/11/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 19.95 |
| 10/13/2016 | | Paycor | Payroll processed by PAYCOR | 165,055.92 |
| 10/13/2016 | ACH DE... | Paycor | Payroll processed by PAYCOR-child support, tax | 2,483.67 |
| 10/13/2016 | ACH DE... | Paycor | Payroll processed by PAYCOR-Taxes | 11,083.63 |
| 10/14/2016 | ach debit | Kipu Systems, LLC | Lab Services | 3,108.00 |
| 10/14/2016 | ach debit | Verizon | Cell phone bill | 1,105.28 |
| 10/14/2016 | ACH DE... | | contract Labor | 1,032.22 |
| 10/14/2016 | ACH DE... | AMEX Corp Card | Amex card payment-sales team and admin | 70,834.20 |
| 10/14/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 99.13 |
| 10/14/2016 | 16169 | | Payroll check 10.14.16 | 6,966.53 |
| 10/14/2016 | 16170 | | Payroll check 10.14.16 | 1,703.28 |
| 10/14/2016 | 16171 | | Payroll check 10.14.16 | 1,966.21 |
| 10/14/2016 | 16172 | | Payroll check 10.14.16 | 1,498.38 |
| 10/14/2016 | 16173 | | Payroll check 10.14.16 | 2,695.02 |
| 10/14/2016 | 16174 | | Payroll check 10.14.16 | 1,119.92 |
| 10/14/2016 | 16175 | | Payroll check 10.14.16 | 2,636.95 |
| 10/14/2016 | 16176 | | Payroll check 10.14.16 | 1,768.21 |
| 10/14/2016 | 16177 | | Payroll check 10.14.16 | 1,998.13 |
| 10/14/2016 | 16178 | | Payroll check 10.14.16 | 1,581.43 |
| 10/14/2016 | 16179 | | Payroll check 10.14.16 | 2,010.50 |
| 10/14/2016 | 16180 | | Payroll check 10.14.16 | 1,194.09 |
| 10/14/2016 | 16181 | | Payroll check 10.14.16 | 1,736.91 |
| 10/14/2016 | 16182 | | Payroll check 10.14.16 | 973.19 |
| 10/14/2016 | 16183 | | Payroll check 10.14.16 | 1,232.91 |
| 10/14/2016 | 16184 | | Payroll check 10.14.16 | 4,341.67 |
| 10/14/2016 | 16185 | | Payroll check 10.14.16 | 2,037.60 |
| 10/14/2016 | 16186 | | Payroll check 10.14.16 | 1,205.61 |
| 10/14/2016 | 16187 | | Payroll check 10.14.16 | 3,533.72 |
| 10/14/2016 | 16188 | | Payroll check 10.14.16 | 4,660.43 |
| 10/14/2016 | 16189 | | Payroll check 10.14.16 | 1,900.56 |
| 10/14/2016 | 16190 | | Payroll check 10.14.16 | 1,756.39 |
| 10/14/2016 | 16191 | | Payroll check 10.14.16 | 1,049.25 |
| 10/14/2016 | 16192 | | Payroll check 10.14.16 | 1,099.53 |
| 10/14/2016 | 16193 | | Payroll check 10.14.16 | 1,390.23 |
| 10/14/2016 | 16194 | | reimburse employee expense, meals | 62.37 |
| 10/14/2016 | 16195 | | 9/2016 Commissions | 200.86 |
| 10/14/2016 | 16196 | | 9/2016 Commissions | 1,310.62 |
| 10/14/2016 | 16197 | | 9/2016 Commissions | 499.61 |
| 10/14/2016 | 16198 | | 9/2016 Commissions | 2,739.82 |
| 10/14/2016 | 16199 | | 9/2016 Commissions | 22,718.19 |
| 10/14/2016 | 16200 | | 9/2016 Commissions | 1,270.90 |

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 10/14/2016 | 16201 | | 9/2016 Commissions | 1,107.42 |
| 10/14/2016 | 16202 | | 9/2016 Commissions | 3,633.43 |
| 10/14/2016 | 16203 | | 9/2016 Commissions | 180.08 |
| 10/14/2016 | 16204 | | 9/2016 Commissions | 2,861.32 |
| 10/14/2016 | 16205 | | 9/2016 Commissions | 2,638.83 |
| 10/14/2016 | 16206 | | 9/2016 Commissions | 9,894.25 |
| 10/14/2016 | 16207 | | 9/2016 Commissions | 1,022.99 |
| 10/14/2016 | 16208 | | 9/2016 Commissions | 4,377.83 |
| 10/14/2016 | 16209 | | 9/2016 Commissions | 7,264.12 |
| 10/14/2016 | 16210 | | 9/2016 Commissions | 1,202.08 |
| 10/14/2016 | 16211 | | 9/2016 Commissions | 2,753.27 |
| 10/14/2016 | 16212 | | 9/2016 Commissions | 595.61 |
| 10/14/2016 | 16213 | | 9/2016 Commissions | 2,417.98 |
| 10/14/2016 | 16215 | | 9/2016 Commissions | 8,711.15 |
| 10/14/2016 | 16216 | | 9/2016 Commissions | 9,206.52 |
| 10/14/2016 | 16217 | | 9/2016 Commissions | 2,311.11 |
| 10/14/2016 | 16218 | | 9/2016 Commissions | 6,440.15 |
| 10/14/2016 | 15.397 | Paycor | Payroll processed by PAYCOR-child support, tax | 36.40 |
| 10/14/2016 | 15.397 | Paycor | Payroll processed by PAYCOR-child support, tax | 150.00 |
| 10/14/2016 | 15.397 | Paycor | Payroll processed by PAYCOR-Taxes | 60,335.40 |
| 10/14/2016 | 15.397 | Paycor | Payroll processed by PAYCOR | 5,471.00 |
| 10/14/2016 | 15.397 | Paycor | Payroll processed by PAYCOR | 161,918.59 |
| 10/17/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 0.39 |
| 10/17/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 17.00 |
| 10/17/2016 | 16219 | Georgia Department ... | Tax Payment | 10.00 |
| 10/17/2016 | 16220 | New York State Dep... | Tax Payment | 40.00 |
| 10/18/2016 | wire | | 9/2016 Commissions | 12,740.00 |
| 10/18/2016 | wire | | 9/2016 Commissions | 872.02 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 123,950.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 564.06 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 123,950.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 35,450.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 8,350.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 19,635.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 1,675.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 6,000.00 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 7,747.06 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 456.71 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 388.17 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 674.49 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 5,551.90 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 1,036.81 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 731.66 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 1,196.07 |
| 10/18/2016 | WIRE | | 9/2016 Commissions | 236.02 |

| Date | Check # | Payee | Description | Amount |
|------|---------|-------|-------------|--------|
| 10/18/2016 | WIRE | | 9/2016 Commissions | 1,024.44 |
| 10/18/2016 | 16221 | | 9/2016 Commissions | 292.42 |
| 10/18/2016 | 16222 | | 9/2016 Commissions | 304.24 |
| 10/18/2016 | 16223 | | 9/2016 Commissions | 325.36 |
| 10/18/2016 | 16224 | | 9/2016 Commissions | 162.18 |
| 10/18/2016 | 16225 | | 9/2016 Commissions | 2,188.16 |
| 10/18/2016 | 16226 | | 9/2016 Commissions | 1,664.69 |
| 10/18/2016 | 16235 | | 9/2016 Commissions | 11,500.00 |
| 10/19/2016 | ACH DE... | | payroll check | 612.18 |
| 10/19/2016 | ACH DE... | Georgia Department ... | Tax Payment | 172.02 |
| 10/19/2016 | 16227 | McCleskey Harriger... | Legal fees | 2,250.00 |
| 10/19/2016 | 16228 | City of Lawrenceville | Gas utility | 69.95 |
| 10/19/2016 | 16229 | Georgia Power | Utility Electricity | 8,207.76 |
| 10/19/2016 | 16230 | Gwinnett County Wa... | Utility water | 120.89 |
| 10/19/2016 | 16231 | Practice Fusion | Lab Services | 4,640.00 |
| 10/19/2016 | 16232 | Pure Water Technolo... | Utility water | 572.08 |
| 10/19/2016 | 16234 | Siemens Healthcare... | Lab Consumables | 55,933.94 |
| 10/20/2016 | ach debit | SunTrust Merchant S... | Bank fees | 39.26 |
| 10/21/2016 | ach debit | QT Fleet Card | Gas for courrier autos | 507.00 |
| 10/21/2016 | ACH DE... | ADP, LLC | payroll processing fee | 372.45 |
| 10/21/2016 | ACH DE... | SunTrust Merchant S... | Bank fees | 1.03 |
| 10/21/2016 | ACH DE... | SunTrust | Bank fees | 1,232.96 |
| 10/21/2016 | WIRE | | 9/2016 Commissions | 1,612.42 |
| 10/21/2016 | WIRE | | 9/2016 Commissions | 700.00 |
| 10/21/2016 | WIRE | | 8/2016 Commissions | 550.75 |
| 10/21/2016 | WIRE | | lab consulting fee | 10,000.00 |
| 10/21/2016 | WIRE | | 9/2016 Commissions | 16,800.00 |
| 10/21/2016 | 16237 | Beckman-Coulter | Lab Consumables | 43,095.23 |
| 10/21/2016 | 16238 | | 9/2016 Commissions | 1,370.57 |
| 10/27/2016 | WIRE | Paycor | 941 taxes from 10.28.16 payroll | 114,669.86 |
| 10/27/2016 | 16240 | | Payroll Check 10/28/16 | 919.08 |
| 10/27/2016 | 16241 | | Payroll Check 10/28/16 | 1,737.65 |
| 10/27/2016 | 16242 | | Payroll Check 10/28/16 | 512.66 |
| 10/27/2016 | 16243 | | Payroll Check 10/28/16 | 2,102.75 |
| 10/27/2016 | 16244 | | Payroll Check 10/28/16 | 1,765.74 |
| 10/27/2016 | 16245 | | Payroll Check 10/28/16 | 1,870.19 |
| 10/27/2016 | 16246 | | Payroll Check 10/28/16 | 2,103.73 |
| 10/27/2016 | 16247 | | Payroll Check 10/28/16 | 2,136.44 |
| 10/27/2016 | 16248 | | Payroll Check 10/28/16 | 1,851.14 |
| 10/27/2016 | 16249 | | Payroll Check 10/28/16 | 777.44 |
| 10/27/2016 | 16250 | | Payroll Check 10/28/16 | 353.39 |
| 10/27/2016 | 16251 | | Payroll Check 10/28/16 | 510.10 |
| 10/27/2016 | 16252 | | Payroll Check 10/28/16 | 577.81 |
| 10/27/2016 | 16253 | | Payroll Check 10/28/16 | 3,183.35 |
| 10/27/2016 | 16254 | | Payroll Check 10/28/16 | 695.60 |

| 10/27/2016 | 16255 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,070.54 |
| 10/27/2016 | 16256 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 2,110.05 |
| 10/27/2016 | 16257 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 4,244.51 |
| 10/27/2016 | 16258 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 2,549.95 |
| 10/27/2016 | 16259 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,860.66 |
| 10/27/2016 | 16260 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 736.48 |
| 10/27/2016 | 16261 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 2,449.15 |
| 10/27/2016 | 16262 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,389.89 |
| 10/27/2016 | 16263 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,831.20 |
| 10/27/2016 | 16264 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,742.89 |
| 10/27/2016 | 16265 | ▓▓▓▓▓▓ | reimb.gas courier auto | 25.00 |
| 10/27/2016 | 16266 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 578.54 |
| 10/27/2016 | 16267 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 3,470.60 |
| 10/27/2016 | 16268 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 465.69 |
| 10/27/2016 | 16269 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,962.81 |
| 10/27/2016 | 16270 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,739.40 |
| 10/27/2016 | 16271 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 548.74 |
| 10/27/2016 | 16272 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 3,376.09 |
| 10/27/2016 | 16273 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 1,429.97 |
| 10/27/2016 | 16274 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 467.72 |
| 10/27/2016 | 16275 | Wallace Brown | Payroll Check 10/28/16 | 1,825.83 |
| 10/27/2016 | 16276 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 745.90 |
| 10/28/2016 | 16277 | Ahmad Fig...... {v | Payroll Check 10/28/16 | 919.07 |
| 10/28/2016 | 16278 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 538.42 |
| 10/28/2016 | 16279 | ▓▓▓▓▓▓ v | Payroll Check 10/28/16 | 852.04 |
| 10/28/2016 | 16280 | ▓▓▓▓▓▓ | reimb.gas courier auto | 20.00 |
| 10/28/2016 | 16281 | ▓▓▓▓▓▓ v | Payroll Check 10/28/16 | 830.75 |
| 10/28/2016 | 16282 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 785.81 |
| 10/28/2016 | 16283 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 763.79 |
| 10/28/2016 | 16284 | ▓▓▓▓▓▓ v | Payroll Check 10/28/16 | 1,070.54 |
| 10/28/2016 | 16285 | ▓▓▓▓▓▓ | Payroll check | 882.25 |
| 10/28/2016 | 16286 | ▓▓▓▓▓▓ | contract Labor | 112.50 |
| 10/28/2016 | 16287 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 222.09 |
| 10/28/2016 | 16288 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 885.85 |
| 10/28/2016 | 16289 | Mujahid ▓▓▓▓ v | Payroll Check 10/28/16 | 798.08 |
| 10/28/2016 | 16290 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 706.80 |
| 10/28/2016 | 16291 | S▓▓▓▓ | Payroll Check 10/28/16 | 892.08 |
| 10/28/2016 | 16292 | ▓▓▓▓▓▓ | contract Labor | 120.00 |
| 10/28/2016 | 16293 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 994.59 |
| 10/28/2016 | 16294 | ▓▓▓▓▓▓ | Insurance refund | 1,596.48 |
| 10/28/2016 | 16295 | ▓▓▓▓▓▓ | Payroll Check 10/28/16 | 745.90 |
| 10/28/2016 | 16296 | Gordon McBuberaka | reimb. Michael's plumbing bill | 175.00 |
| 10/28/2016 | 16297 | Mohan▓▓▓▓ | Payroll Check 10/28/16 | 316.20 |
| 10/28/2016 | 16298 | Deric ▓▓▓▓ | Payroll Check 10/28/16 | 847.29 |
| 10/28/2016 | 16299 | ▓▓▓▓▓▓ {v | 401k reimbursement | 106.73 |

| 10/28/2016 | 16300 | ████████████ | 401k reimbursement | 72.00 |
| 10/31/2016 | 16301 | AAAA Self Storage | 11/2016 rent storage unit | 200.00 |
| 11/01/2016 | ACH DE... | State of Washington | Excise tax 3rd Qtr | 3,124.11 |
| 11/01/2016 | ACH DE... | Sun Trust Bank LOC | October 2016 Loc Interest pmt | 10,426.20 |
| 11/01/2016 | WIRE | James Bates-Branna... | legal retainer fee | 50,000.00 |
| 11/01/2016 | WIRE | ████████████ | Payroll check | 1,684.29 |
| 11/02/2016 | ACH DE... | Clearent | Bank Fees | 27.00 |
| 11/03/2016 | WIRE | Smith & Howard, PC | cpa bill | 4,700.00 |
| 11/03/2016 | WIRE | Smith & Howard, PC | cpa bill | 15,000.00 |
| 11/03/2016 | WIRE | Joseph, Aleem & Slo... | retainer fee | 15,000.00 |
| 11/03/2016 | Transfer | United Community Bank | Funds Transfer | 95,000.00 |
| 11/04/2016 | ACH DE... | Clearent | Bank Fees | 670.55 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Confirmatrix Laboratory, Inc.**                           Case No.   **16-69934**
_____                            Chapter   **11**
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $   As approved by the court pursuant to 11 U.S.C. s. 330 and 331

    Prior to the filing of this statement I have received _____  $   65,000.00

    Balance Due _____  $   As approved by the court pursuant to 11 U.S.C. s. 330 and 331

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **As described in the engagement letter**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **As described in the engagement letter.  The undersigned will represent Debtor to the exclusion of all other
        persons or firms, including individual directors, officers, employees, managers, or members of Debtor.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

November 18, 2016                          /s/ J. William Boone
_____                   J. William Boone 067856
Date                                       *Signature of Attorney*
                                           **James-Bates-Brannan-Groover-LLP**
                                           **3399 Peachtree Road, N.E.**
                                           **Suite 1700**
                                           **Atlanta, GA 30326**
                                           **4049976020  Fax: 4049976021**
                                           **bboone@jamesbatesllp.com**
                                           *Name of law firm*