## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONFIRMATRIX LABORATORY, INC., | ) | Case No. 16-69934-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION OF DEBTOR FOR ORDER APPROVING
## STRUCTURED DISMISSAL OF CASE

Confirmatrix Laboratory, Inc. (the "Debtor"), by and through its undersigned counsel, hereby moves the Court pursuant to section 1112 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 et seq. (the "Bankruptcy Code"), for the entry of an order approving the structured dismissal of the Debtor's case after due notice to creditors and other parties-in-interest in order to (a) facilitate a distribution in accordance with the priority scheme of Chapter 11 of the Bankruptcy Code, and (b) minimize costs of administration. In support of this Motion, the Debtor respectfully states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief requested herein are Bankruptcy Code Section 1112 and Federal Rules of Bankruptcy Procedure 1017 and 9014.

## BACKGROUND

3.  On November 4, 2016 (the "Petition Date"), Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.  Although the Debtor was operating its business as debtor-in-possession, in accordance with §§ 1107 and 1108 of the Bankruptcy Code, the Debtor is no longer operating. No trustee, examiner or official committee of unsecured creditors has been appointed in this case (the "Case").

4.  Debtor was a laboratory business focused on two main areas of laboratory testing services: toxicology and blood testing.  The Debtor's principal place of business was located at 1770 Cedars Road, Suite 200, Lawrenceville, Gwinnett County, Georgia 30045.  This building as well as substantially all of Debtor's assets, including patients' accounts receivable subject to current realization have been sold during the liquidation process. [ECF Nos. 208, 226].

5.  After the filing of the Case, Debtor identified the need to retain a collection agency to collect what appeared to be a sizable amount of certain of its aged accounts receivable in the face amount in excess of fifty million dollars ($50,000,000.00) (the "Accounts"). In December 2016, Debtor and NYX Health Recovery Services, LLC ("NYX") entered, with Court's approval, into that certain Accounts Receivable Recovery Agreement (the "NYX AR Agreement") pursuant to which Debtor retained NYX to collect the Accounts. [ECF No. 74]. NYX agreed to accept as payment from Debtor 20% of the net amounts NYX actually collected on the Accounts. NYX represented to the Debtor that it estimated the realizable value of the Accounts would be in excess of $4,000,000.00. However, actual net recoveries on the collection of the Accounts were below $500,000.00 and NYX has informed the Debtor that it does not

2

expect to collect any meaningful additional amounts. [ECF No. 221]. If NYX's estimates had been accurate, Debtor believes it could have, at best, successfully reorganized, and at worst, paid all administrative, secured and priority claims in full and made a substantial distribution to its allowed unsecured creditors.

6.   Unfortunately, the collections of the Accounts did not materialize in the amounts projected by NYX, and Debtor was ultimately forced to shut down its operations and begin an orderly liquidation of its assets.

7.   Subsequently, in January 2018, the Debtor obtained Court approval to sell a set of aged accounts receivable separate from the above referenced Accounts which were owed directly by patients rather than insurance companies ("Patient Accounts") in the gross amount of $280,000.000 before commission. [ECF No. 226]. Of that purchase price, there is presently $37,500.00 which is currently held in escrow in James-Bates-Brannan-Groover-LLP's ("Debtor's Counsel") trust account, and there is, potentially, an additional $30,000.00 (net of commission) that may become available for distribution toward allowed administrative claims over the course of the next eight months.

8.   As a result of the completion of the sale of Debtor's main operating facility, its personal property and realizable Accounts, Debtor has paid approximately $4,700,000.00 to SunTrust Bank ("SunTrust") and SunTrust Equipment Finance & Leasing Corp. ("SunTrust Leasing") on its secured claim as full and complete satisfaction of all amounts owed by Debtor. [ECF No. 232].

9.   At present, Debtor has unrestricted funds available of approximately $328,683.76 with the possibility of an additional $30,000.00 becoming available under the Patient Accounts' agreement over the next eight months for a total estimated maximum amount of $358,683.76.

10. The Court has previously approved, on an interim basis, the first and second applications for allowance of administrative claims of Debtor's Counsel and Smith & Howard, P.C. ("Debtor's Accountants"). [ECF Nos. 168, 169, 232, 233].

11. Under the Order on First Application for Interim Payment of Professional Fees and Expenses of Debtor's Counsel, this Court awarded Debtor's Counsel a total interim award of $458,861.91 for the period of November 4, 2016 through and including April 30, 2017. [ECF No. 168]. Under the Order on Second Application for Interim Payment of Professional Fees and Expenses of Debtor's Counsel, this Court awarded Debtor's Counsel a total interim award of $482,965.53 for the period of May 1, 2017 through and including February 28, 2018, as an allowed administrative claim on a pro-rata basis with the allowed fees of other court-approved professionals in the Case. [ECF No. 235].  Debtor's Counsel has received $458,861.91 toward payment of its total allowed fees and expenses of $941,827.44.  [ECF No. 232].

12. Under the Order on First Application for Interim Payment of Professional Fees and Expenses of Debtor's Accountants, this Court awarded Debtor's Accountants a total interim award of $54,400.00 for the period of November 4, 2016 through and including April 30, 2017. [ECF No. 169]. Under the Order on Second Application for Interim Payment of Professional Fees and Expenses of Debtor's Accountant's, the Court awarded Debtor's Accountants a total interim award of $43,100.00 for the period of May 1, 2017 through and including January 31,

4

2018, as an allowed administrative claim on a pro-rata basis with the allowed fees of other court-approved professionals in the Case. [ECF No. 236]. Debtor's Accountants have received $38,014.27 toward payment of its total allowed fees and expenses of $97,500.00. [ECF No. 233]. No further services have been rendered by Debtor's Accountants subsequent to April 30, 2017.

      13. Anthem Blue Cross & Blue Shield ("BCBS") provided healthcare coverage for Debtor's employees. This coverage was critical to Debtor being able to retain its employees and to stay in business with a reasonable opportunity to reorganize. After the filing of the Petition, Debtor obtained Court permission to pay certain pre-petition benefit payments, including pre-petition premiums due to BCBS. [ECF No. 47]. However, Debtor was unable to pay all amounts owed to BCBS for post-petition premiums due, and BCBS threatened to cease providing medical coverage. Debtor and BCBS were able to satisfactorily resolve the issue by agreeing that BCBS would continue to provide medical coverage to Debtor's employees post-petition (approximately 200 employees, as of the Petition Date) in consideration of Debtor agreeing that BCBS would be allowed an administrative claim in the amount of $84,623.22, which represented the outstanding post-petition premiums still due and owing. No payments have been made to date on this claim.

      14. Debtor has paid all post-petition operational and administrative claims in full, except for the three administrative claims owed to Debtor's Counsel, Debtor's Accountants and BCBS.

      15. Debtor has no pending lawsuits or other matters necessitating administration.

      16. Debtor has paid all United States Trustee's fees in full.

## CLAIMS ANALYSIS

17. The three remaining unpaid post-petition administrative claims against Debtor consist of claims by Debtor's Counsel, Debtor's Accountants, and BCBS. The total of the outstanding unpaid post-petition administrative claim amounts owed for these three claimants is $627,074.48.

18. Debtor's current cash position is as follows:

$265,632.42 [1]        Debtor's Counsel Escrow (as of May 16, 2018)

$63,051.34            Debtor's Operating Account (as of April 30, 2018)

19. Debtor estimates having a currently available amount of approximately $328,683.76 to be available to pay any final costs to complete a final monthly operating report, pay any US Trustees' fees that may become due, and distribute the balance pro rata on allowed unpaid administrative claims of $627,014.48.

20. Debtor had reasonable expectations to make payments in full to all administrative and priority claimants, and to make meaningful distributions to allowed unsecured claimants based on the estimate made by NYX that the Accounts had a realizable value of approximately $4,000,000.00. However, given the reality of actual net collections on the Accounts being significantly less than the estimate, the payment of approximately $4,700,000.00 to secured

---

[1] There is actually a total of $303,132.42 in the account, but $37,500.00 is subject to adjustment claims from Patient Accounts over the next eight months, thus leaving a current available balance for distribution of $262,500.00. Out of the $37,500.00 amount, up to $12,500.00 is released each quarter if no valid setoff claims are asserted from which 20% or $2,500.00 will be paid to NYX as commission and the balance of $10,000.00 will be released to Debtor. The original holdback was $50,000.00; however, the first quarter has expired with no set off claims having been asserted and thus $12,500.00 was released from the holdbacks. $2,500 was paid to NYX and $10,000.00 was released to Debtor. As a consequence, Debtor may be entitled to obtain a maximum amount of $30,000.000 of the $37,500.00 held in reserve.

creditors SunTrust Bank and SunTrust Leasing as full and complete satisfaction of its secured claim, and no additional assets to liquidate, Debtor is unable to pay the remaining three administrative claimants in full.

21. As a direct consequence of these unfulfilled expectations, the estate is administratively insolvent, as shown above, in that there are insufficient available funds to satisfy allowed administrative claims in full. Under these circumstances, the Debtor is unable to reorganize or propose a confirmable plan of liquidation.

## RELIEF REQUESTED

22. Pursuant to this Motion, the Debtor seeks entry of an order approving the structured dismissal of the Debtor's case after due notice to creditors and other parties-in-interest in order to facilitate a pro rata distribution on administrative fees in the priority as provided by the Bankruptcy Code and to minimize any additional costs of administration.

## BASIS FOR RELIEF REQUESTED

23. Bankruptcy Code Section 1112(b) provides in relevant part as follows regarding dismissal of a bankruptcy case:

> [O]n request of a party in interest, and after notice and a hearing, absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interests of creditors and the estate, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

11 U.S.C. § 1112(b)(1). Bankruptcy Code Section 1112(b)(4)(A) defines the term "cause" to include "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation." 11 U.S.C. § 1112(b)(4)(A).

24. Debtor lacks the ability to reorganize and submits that cause exists to grant dismissal of the case to avoid the costs in connection with a liquidating Chapter 11 plan of reorganization or a conversion of Debtor's case to a Chapter 7 proceeding. Debtor has no additional assets that could be liquidated in a Chapter 7 proceeding and has no claims that can be brought which are likely to lead to any additional recovery for the estate. Thus, the Debtor respectfully submits that there is insufficient cause to convert the case to Chapter 7 as to do so would only further deplete the assets of the estate without providing any corresponding benefit to the same.  The Debtor maintains that a structured dismissal of the case providing for a distribution in accordance with the priority of payments as set forth in Chapter 11 of the Bankruptcy Code will be the most expedient and cost-effective method for the Debtor to conclude its bankruptcy case.

25. Debtor notes that the proposed dismissal does not run afoul of *Czyzewski v. Jevic Holding Corp.*, 137 S. Ct. 973 (2017). In *Jevic*, the Supreme Court held that a bankruptcy court cannot approve a "structured dismissal" that "provides for distributions that do not follow ordinary priority rules without the affected creditors' consent." *Id.* at 983. The instant proposal only has a distribution going to the United States Trustee and a pro rata distribution to the three administrative claimants, in accordance with the priority as provided by the Bankruptcy Code.

8

26. Debtor will continue to file its Monthly Operating Reports as they come due through the date of dismissal, and Debtor will pay all United States Trustee fees owing through the date of dismissal.

27. A dismissal serves the Bankruptcy Code's goal of efficient and expeditious administration that maximizes the return to creditors.

## STIPULATED DISMISSAL AND TIMING

28. Upon dismissal, after payment of any fees due to the United States Trustee, Debtor proposes to disburse funds as available on a pro rata basis among the three remaining administrative claimants in accordance with the priority scheme set forth in the Bankruptcy Code.

## RESERVATION OF RIGHTS

29. The Debtor reserves all rights to modify, amend and/or withdraw this Motion at any time before or at the hearing hereon.

## NO PRIOR REQUESTS

30. No prior request for the relief sought in this Motion has been made to this or any other Court.

## SERVICE OF MOTION

31. This Motion shall be served on (i) the Office of the United States Trustee for the Northern District of Georgia, (ii) all creditors of the Debtor, and (iii) all parties that have filed a notice of appearance in the Debtor's Chapter 11 case.

WHEREFORE, Debtor respectfully requests that the Court enter an order substantially in the form attached hereto as **Exhibit A**: (i) granting this Motion; (ii) providing that payments due on United States Trustee's fees be made through the date of an Order dismissing the case; (iii) approving pro rata distributions among the three remaining administrative claimants in accordance with the priority scheme set in the Bankruptcy Code from Debtor's available funds; and (iv) granting such other and further relief as the Court may deem just and proper.

Respectfully submitted this 21st day of May, 2018.

JAMES-BATES-BRANNAN-GROOVER-LLP

By:  /s/ J. William Boone
     J. William Boone
     Georgia Bar No. 067856
     Doroteya N. Wozniak
     Georgia Bar No. 627491
     3399 Peachtree Road, N.E., Suite 1700
     Atlanta, Georgia 30326
     (404) 997-6020
     (404) 997-6021 (fax)
     bboone@jamesbatesllp.com
     dwozniak@jamesbatesllp.com

*Counsel for Confirmatrix Laboratory, Inc.*

**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONFIRMATRIX LABORATORY, INC., | ) | Case No. 16-69934-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING
MOTION FOR APPROVING STRUCTURED DISMISSAL OF CASE**

This matter comes before the Court on *Motion of Debtor for Order Approving Structured Dismissal of Case* (the "Motion"). This Court having considered the Motion and finding it in the best interest of the bankruptcy estate and interested parties, it is hereby **ORDERED** and **ADJDUDGED** that Debtor shall receive a structured dismissal of its case, shall timely file all monthly operating reports to cover all time through the dismissal of the case, and shall make pro rata distributions to claimants James-Bates-Brannan-Groover-LLP, Smith & Howard, P.C., and

11

Anthem Blue Cross & Blue Shield as funds become available in accordance with the priority scheme set in Chapter 11 of the Bankruptcy Code, providing that payments due on United States Trustee fees are made in full when due through the dismissal of the case.

The Court reserves its rights to interpret any provision of this order.

[END OF ORDER]

Prepared by:
/s/ J. William Boone
J. William Boone
Georgia Bar No. 067856
Doroteya N. Wozniak
Georgia Bar No. 627491
3399 Peachtree Road, N.E.
Suite 1700
Atlanta, Georgia 30326
(404) 997-6020
(404) 997-6021 (fax)
bboone@jamesbatesllp.com
dwozniak@jamesbatesllp.com
*Counsel for Confirmatrix Laboratory, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| CONFIRMATRIX LABORATORY, INC., | Case No.: 16-69934-PWB |
| Debtor. |  |

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I served true and correct copies of the foregoing pleading by filing same with the CM/ECF electronic-filing system and depositing same in the United States mail, with adequate first class postage affixed thereon, properly addressed to the parties on the service list as follows:

See Attached Distribution

This 21st day of May, 2018.

/s/ J. William Boone
J. William Boone
Georgia Bar No. 067856
Doroteya N. Wozniak
Georgia Bar No. 627491
3399 Peachtree Road, N.E.
Suite 1700
Atlanta, Georgia 30326
(404) 997-6020
(404) 997-6021 (fax)
bboone@jamesbatesllp.com
dwozniak@jamesbatesllp.com

13

**Service List**

360 Medical Supplies, Inc.
815 Progress Court Suite A
Lawrenceville, GA 30043

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Andrew G. Wiggins
802 Birkdale Blvd
Carrollton, GA 30116-7570

A-Com Security Co. LLP
P.O. Box 700
Fortson, GA  31808-0700

Alabama Department of Revenue
50 N. Ripley Street
Montgomery, Al 36130

Andre Hendrick
Holland & Knight, LLP
1180 W. Peachtree St, NW, Suite 1800
Atlanta, GA 30309-3407

AAAA Self Storage – LW
282 East Crogan Street
Lawrenceville, GA 30046-5002

Ali Hdabe
1715 Azalea Woods Drive
Lawrenceville, GA 30043

Angela Zimmerman
4464 Idlewood Park
Lithonia, GA 30038

Aarons Vending
4357 Beachview Dr
Smyrna, GA 30082-4303

All Service Termite
P.O. Box 986
Buford, GA 30515-0986

Ann Durham
115 Nugget Trail
Braselton, GA 30517

AB Sciex LLC
62510 Collections Center Drive
Chicago, IL 60693-0625

Amanda Shunia Yeldo
411 South Old Woodward Ave
#700
Birmingham, MI 48009

Anthem Blue Cross Blue Shield
Attn: Joseph C. Klein, Esq.
Associate General Counsel
4361 Irwin Simpson Rd
Mail Point OH0101-A220
Mason, Ohio 45040-9498

ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306

American Express Travel Related Serv
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anthony Kelly
109 Eaton Drive
Wayne, PA 19087

Accurate MD Services
705 Forest Park Dr
Brentwood, TN 37027

American Express
Box 360001
Fort Lauderdale, FL 33336-0001

Aphelion Medical Solutions
2206 N. Harris Blvd
Boise, ID 83702

Adam Hough
c/o Compliance SOS
Deborah Tanenbaum McCormick
2001 Big Sky Lane
Franklin, TN 37067

American Proficiency Institute
Dept 9526
P.O. Box 30516
Lansing, MI 48909-8016

Appalachian Medical Solutions, LLC
7934 W. NC 10 Hwy
Vale, NC 28168

Aetna, Inc.
c/o McGuireWoods LLP
Attn: Jessica O. Taylor, Esq.
800 E. Canal Street
Richmond, VA 23219

Amy Roppe
108 Floyd St
Alma, GA 31510

Arielle N. Beauduy
27406 NE 65th St
Camas, WA 98607-8744

AFLAC
P.O. Box 427
Columbia, SC 29202-0427

Andrew Wiggins
355 Riverbend Pkwy Apt 45
Athens, GA 30605

Arizona Department of Labor
2675 E. Broadway Blvd #125
Tucson, AZ 85716

Arizona Department of Revenue
PO Box 29009
Phoenix, AZ 85038

Benjamin Richards
389 Bristol Court
Alpine, UT 84004

Bradi Newman
1092 Savannah Rose Place
Lawrenceville, GA 30045

Atallah D. Salaheddin
4100 Sterling Trace
Winterville, NC 28590

Bernstein-Burkley, P.C.
Daniel R. Schimizzi
Suite 2200 Golf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Brakir Medical Consulting
116018 Midhurst Dr
Knoxville, TN 37934-4746

Athens Digital Systems, Inc.
P.O. Box 660831
Dallas, TX 75266-0831

Bernstein-Burkley, P.C.
Kirk B. Burkley
Suite 2200 Golf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Brice Grogan
3449 Chestnut Drive
Atlanta, GA 30340

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Bichtram Nguyen
259 Collins View Court
Lawrenceville, GA 30043

Brown Medical Sales
4140 Delbridge Court
Olive Branch, MS 38654

Axis Medical, LLC
1121 Monte Sano Ave
Augusta, GA 30904

Bijan Demery
10247 SW 98th Terr
Gainesville, FL 32608

Bsesou Holding Group, LLC
20330 Via Las Villas
Yorba Linda, CA 92887

Badih N. Saliba
10212 Thimble Fields Dr
Knoxville, TN 37922

Bio Medical Resources, LLC
2970 Saundersville Ferry Rd
Mount Juliet, TN 37122

Bureau of Lab Div of Chemistry
P.O. Box 500 Exton
Exton, PA 19341-0017

Barcodes Giant
P.O. Box 0776
Chicago, IL 60690-0776

Bio Rad
P.O. Box 849740
Los Angeles, CA 90084-9740

CA Labor & Workforce Dev Agency
800 Capitol Mall MIC-55
Sacramento, CA 95814

Beckman-Coulter
DEPT. CH 10164
Palatine, IL 60055-0164

Bio Rad Laboratories, Inc.
Mailstop 1 130
1000 Alfred Nobel Drive
Hercules, CA 94547-1811

California Employment Dev Dept
Attn: Stephanie Montgomery
PO Box 826880
Sacramento, CA 94230-0001

Beckman Coulter, Inc.
c/o Bernstein-Burkley, P.C.
Lara E. Shipkovitz, Esq.
707 Grant St, Ste 2200 Gulf Tower
Pittsburgh, PA 15219

Blue Cross Blue Shield of GA
120 Monument Circle
Indianapolis, IN 46204-4902

California Employment Dev Dept
PO Box 826276
Sacramento, CA 94230-6276

Stuart Freeman Wilson-Patton
Tennessee Atty General's Office
PO Box 20207
Nashville, TN  37202-4015

Blue Cross Blue Shield of Tennessee
a/k/a BCBST
Attn: Madeline Cardinal Legal Dept
1 Cameron Hill Circle
Chattanooga, TN 37042-9815

Capitol Solution Source, LLC
3399 Imperata Drive
Rockledge, FL 32955

Benjamin Linton
909 Briarcliff Road NE
Apt #1
Atlanta, GA 30306

Blue Ox Medical
7409 Stonecroft Park Dr
Charlotte, NC 28226

Capitol Specialty Insurance Co.
P.O. Box 5900
Madison, WT 53705-0900

Cardinal Health
P.O. Box 730112
Dallas, TX 75373-0112

City of Greenbury Tax Collector
1110 West Court St
Greensburg, KY 42743

Confirmatrix Laboratory
401K Retirement Plan 001
c/o US Department of Labor
Employee Benefit Security Admin
61 Forsyth Street SW, Suite 7854
Atlanta, GA 30303-8943

Cecil Bennett MD
3281 Bonds Lake Road
Conyers, GA 30012-2782

City of Lawrenceville
P.O. Box 2200
Lawrenceville, GA 30046-2200

Confirmatrix Laboratory
1770 Cedars Road, Suite 200
Lawrenceville, GA 30045-6702

Cerilliant
811 Paloma Drive, Suite A
Round Rock, TX 78665-2402

Claire Herndon
721 Autumn Winds Drive
Collierville, TN 38017

Conserve Heating and Cooling
P.O. Box 969
Loganville, GA 30052-0969

Chad Nix
11169 Fox Trail
Flint, TX 75762

Colburn Enterprises
649 Carrington Blvd
Lenoir City, TN 37771

Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689-5329

Charter Communications
P.O. Box 742615
Cincinnati, OH 45274-2615

Colorado Department of Revenue
Denver, CO 80261-0009

Crystal Woods
140 Travis Lane
Kennewick, WA 99338

Christer Czajkowski
3130 St. Johns Dr
Murfreesboro, TN 37129

Community Insurance Company
dba Anthem Blue
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
Columbus, GA 43215-3161

Cynthia Hollingsworth
1210 Nestle Trail
Lawrenceville, GA 30045

Christopher M. Odell
Arnold & Porter LLP
700 Louisiana St, Suite 1600
Houston, TX 77002-2755

Compliance Medical Management
501-1 S Reino Road
Unit 307
Newbury Park, CA 91320

David Mayo, Esq.
Morris Manning & Martin LLP
3346 Peachtree Rd, Ste 1600
Atlanta, GA 30326

Chubb Group of Insurance Co.
15 Mountainview Rd
Warren, NJ 07059-6795

Concur Technologies, Inc.
3500 Lenox Road, NE
Allience Cntr-Garden Terr. 2
Atlanta, GA 30326-4267

David Silverstein
905 Juniper St NE Unit 801
Atlanta, GA 30309

Cintas Corporation
P.O. Box 633842
Cincinnati, OH 45263-3842

Confirmatrix Laboratory
401K Retirement Plan 002
c/o US Department of Labor
Employee Benefit Security Admin
61 Forsyth Street SW, Suite 7854
Atlanta, GA 30303-8943

Deborah Beddingfield Smith
700 Eastanalee Ave
Athens, TN 37303

Cisco WebEx, LLC
16720 Collections Center Dr
Chicago, IL 60693-0001

Confirmatrix Laboratory
Group Health Plan
c/o US Department of Labor
Employee Benefit Security Admin
61 Forsyth Street SW, Suite 7854
Atlanta, GA 30303-8943

Delores Jones
462 Yorkchester Drive
Houston, TX 77079

Devin Spoerle
5045 Duxford Drive
Smyrna, GA 30082

Federal Insurance Company
15 Mountainview Road
Warren, NJ 07059-6711

Georgia Department of Labor
PO Box 740234
Atlanta, GA 30374-02334

Dist of Columbia Tax & Revenue
PO Box 96385
Washington, DC 20090-6385

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Georgia Power Company
c/o Karyn Heavenrich
McGuire Woods LLP
1230 Peacchtree Street NE, Suite
Atlanta, GA 30309-3534

DM Solutions
9613 N 20th Street
McAllen, TX 78504

FedEx Corporate Services, Inc.,
As Assignee of FedEx Express/
Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd Fl
Memphis, TN 38116-5017

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Dynamic Management, LLC
2868 Dog River Road
Theodore, AL 36582

Fidaa Maswadi
500 Heritage Woods Drive
Dacula, GA 30019

Georgia Processing Ctr GA DOR
PO Box 105482
Atlanta, GA 30348-5482

Eiyad A. Ishnineh
13612 Porter Creek Rd
Charlotte, NC 28262

Florida Div of Workforce Service
107 East Madison Street
Tallahassee, FL 32399

Ghaleb Uqab Alhajdalh
12515 Hashanli Place
Matthews, NC 28105

Eman Ahmad Alganim
9038 Gray Birch Ct
Charlotte, NC 28215

FP Mailing Solutions
P.O. Box 157
Bedford Park, IL 60499-0157

GNOS Medical
Suite 1800
1130 Hurricane Shoals Rd, NE
Lawrenceville, GA 30043-4849

Environmental & Medical Gas Service
103 Hunter Industrial Drive
Villa Rica, GA 30180-5406

Frank W. DeBorde
1600 Atlanta Financial Center
3343 Peachtree Rd, NE
Atlanta, GA 30326-1085

GreatAmerica Financial Services Corp
Assignee of Athens Digital
PO Box 609
Cedar Rapids, IA 52406

EP3 Consulting
109 Danbury Lane
Hattiesburg, MS 39402

Garner Group, LLC
1206 State Blvd
Franklin, TN 37064

Greater Georgia Life
P.O. Box 281487
Atlanta, GA 30384-1487

Ernest McDonald
2699 Allyn Way NW
Kennesaw, GA 30152

George Sweeney
PO Box 81381
Conyers, GA 30013

GSN Medical Solutions, LLC
730 5th Street
Carlstadt, NJ 07072

Fadwa Hassouna
1848 Brockett Road
Tucker, GA 30084

Georgetown/Scott County
Revenue Commission
PO Box 800
Georgetown, KY 40324

Gwinnett Co. Tax Commissioner
P.O. Box 372
Lawrenceville, GA 30046

Gwinnett County Water Resource
P.O. Box 530575
Atlanta, GA 30353-0575

Hartford Fire Insurance Company
One Hartford Plaza
Hartford, CT 06155-0001

Indiana Department of Labor
402 W. Washington St #W195
Indianapolis, IN 46204

Gwinnett Medical Center Duluth
Attn: Laboratory
100 Medical Ctr Blvd
Lawrenceville, GA 30046-7637

Hartford Life & Accident
One Hartford Plaza
Hartford, CT 06155-0001

Illinois Union Ins Co./ACE Exp
Professional Risk Division
11575 Great Oaks Way Suite 200
Alpharetta, GA 30022-2426

Hamadan Dajeh
10003 City Market St
Hoscton, GA 30548

Healthcare WRX
96254 Springwood Lane
Fernandina Beach, FL 32034

Indiana Department of Revenue
PO Box 7221
Indianapolis, IN 46207-7221

Hanan Iqab Sarhan
4158 Hog Mountain Road
Hoschton, GA 30548

Heidi Moua
104 Southhampton Circle
Hoschton, GA 30548

Integrated Lab Solutions
1407 Willow Field Lane
Knoxville, TN 37931

Hanane Jabar
3636 Rosecliff Trace
Buford, GA 30519

Henry Manglinong
2119 Woodbine Ave
Manteca, CA 95337

Internal Revenue Service
P.O. Box 7346
2970 Market Street
Philadelphia, PA 19101-7346

Hannah Greenshields
1028 Willow Springs Road
Wetumpka, AL 36093

Hicham Sadeq
5916 Graburns Ford Drive
Charlotte, NC 28269

Iowa Division of Labor
1000 E. Grand Avenue
Des Moines, IA 50319-0209

Hanson/Renaissance Court Reporter
400 Renaissance Center
Suite 2160
Detroit, MI 48243-1608

Hillou Landscaping Service
361 Grovehurst Walk
Lawrenceville, GA 30045-3834

Iowa Revenue & Finance Dept
1305 E. Walnut St #3000
Des Moines, IA 50319

Hartford Accident & Indemnity
One Hartford Plaza
Hartford, CT 06115

Hydro, Inc.
117 Merchants Park Drive
Hoschton, GA 30548-2386

Jamellia Burney
1210 Grassy Oak Ln
Lawrenceville, GA 30045

Hartford Financial Services Group Inc.
One Hartford Plaza
Hartford, CT 06115-1707

Ibrahim Daaro
1937 Dilcrest Drive
Duluth, GA 30096

James H. Morawetz
Office of the United States Trustee
Suite 362, Russell Federal Building
75 Ted Turner Drive
Atlanta, GA 30303

Hartford Fire Insurance Company
Bankruptcy Unit, NP-3
One Hartford Plaza
Hartford, CT 06115

Ihlal Diab
760 Hunters Creek Ln
Lawrenceville, GA 30043

James H. Rollins
Holland & Knight LLP
1180 West Peachtree St, NW
Suite 1800
Atlanta, GA 30309-3407

James J. Grove
2909 Bembridge Rd
Royal Oak, MI 48073

Jonathan Berarducci
1055 Island Brook Drive
Hendersonville, TN 37075

Kentucky Department of Revenue
501 High St
Frankfort, KY 40601

Jarvis Stephens
114 Ethel Lane
Stockbridge, GA 30281

Jontanese Hankerson
117 Pecan Grove Drive
Waynesboro, GA 30830

Kentucky Department of Revenue
Legal Support Branch
P.O. Box 5222
Frankfort, KY 40602-5222

Jasmin Al-Baghdadi
10003 City Market St
Hoscton, GA 30548

Joshua Nathaniel Martin
No. 403
1560 Central Ave
St. Petersburg, FL 33705-1605

Kentucky Labor Cabinet
1047 US Highway 127 S
Suite 4
Frankfort, KY 40601

Jeffrey Cross
2615 Windcliff Drivce
Marietta, GA 30067

Jourdan Morris
518 West Village Green Blvd
Mars, PA 16046

Khalil K. Elkassas
2233 Moonhaven Way
Lawerenceville, GA 30043

Jennifer Weaver
1606 Lisa Lynn Drive
Hixson, TN 37343

Karim Lynch
265 White Pines Drive
Alpharetta, GA 30004-5684

Kipu Systems, LLC
444 Brickell Ave, Suite 850
Miami, FL 33131-2407

Jessie Eubanks
5325 Amherst Way
Flowery Branch, GA 30542

Katherine Johnson
2102 Country Club Road SE
Decatur, AL 35601

Kyle Mahoud Dabe
2489 Ivy Plantation Dr.
Buford, GA 30519

Jessica Snell
4275 Cannon Road
Loganville, GA 30052

Katrice Williams
6350 Brookridge Drive
Flowery Branch, GA 30542

Lab Services Partners LLC
6047 Tyvola Glen Cir
#224
Charlotte, NC 28217

Joanna Doerder
21 Riverview Park Drive
Bettendorf, IA 52722

Kayla Lowery
2676 Wayside Rd
Manchester, TN 37355

Larry Thomas
1880 Brickton Station
Buford, GA 30518

John Buckley
2179 SW Mayflower Drive
Palm City, FL 34990

Kelly J. Riley
4045 W. 50 South
Kokomo, IN 46901-9205

Laura Ainsworth
617 Hollyhill Rd
Johnson City, TN 37604

John Grove
5406 Open Book Lane
Charlotte, NC 28270

Kenneth T. Law
Bialson, Bergen & Schwab
Suite 100, 633 Menlo Ave
Menlo Park, CA 94025-4711

Laura Butcher
13503 Ridgemoor Drive
Prospect, KY 40059

LEAP Pal Parts & Consumables
4216 Atlantic Avenue
Raleigh, NC 27604-1737

MaryLeHang Nguyen-Quan
4668 West Village Dr
Smyrna, GA 30080-9307

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

Lexington-Fayette Urban County Gov
200 East Main St
Lexington, KY 40507

Mary Nguyen-Quan
1089 Ashwood Cir
Lawrenceville, GA 30046

Missouri Employment Security
PO Box 59
Jefferson City, MO 65102-0059

Louisiana Workforce Commission
fka Louisiana Dept of Labor
1001 N. 23rd Street
Baton Rouge, LA 70802

Maryvencent Pursley
414 Fenton Place, Apt D
Charlotte, NC 28207

Missouri Tax Division
PO Box 999
Jefferson City, MO 65108-0999

Louisiana Workforce Commission
UI Tax Liability & Adjudication
PO Box 94186
Baton Rouge, LA 70804-9186

Matthew Saccomanno
2905 Meadowcrest Drive
Yorktown Heights, NY 10598

MKC Enterprises Inc.
5864 New Peachtree Rd
Atlanta, GA 30340-1002

Louisiana Workforce Commission
Delinquent Accounts
PO Box 44127
Baton Rouge, LA 70804-9186

Medtak Lab Solutions
16220 Mellen Lane
Jupiter, FL 33478-6575

Mohamed Saaifan
3112 Trinity Grove Dr.
Dacula, GA 30019

Louisiana Department of Revenue
PO Box 91017
Baton Rouge, LA 70821-9017

Mercedes Medical
P.O. Box 850001
Orlando, FL 32885-0123

Montana Department of Labor
1315 Lockey Avenue
Helena, MT 59601

Lourdes Walker
658 Grand Ivey Place
Dacula, GA 30019

Michael Beckman
132 Woodlake Drive
Apt 124
Athens, GA 30606

Montana Department of Revenue
PO Box 6309
Helena, MT 59604-6309

Lyisha Bell
245 Lavender Lakes Dr
Athens, GA 30608

Michigan Dept of Treasury
PO Box 30427
Lansing, MI 48909

MTS Health Supplies, Inc.
15870 El Prado Rd, Unit B
Chino, CA 91708-9132

Manar Mhamad Alabdalh
12515 Hashanli Place
Matthews, NC 28105

Michigan Wage & Hour Division
25900 Greenfield Rd #430
Oak Park, MI 48237

Muwafak Awwad
2705 Mall of Georgia Blvd
Apt #1018
Buford, GA 30519

Marla Blaydes
408 East Columbia Ave
Greensburg, KY 42743

Millennium Health, LLC
16981 Via Tazon
San Diego ,CA 92127

My Benefits, LLC
5352 Peachtree Rd
Atlanta, GA 30341

Nancy Charron
1125 Oleander Dr SW
Lilburn, GA 30047

Oklahoma Department of Labor
3017 N. Stiles Avenue #100
Oklahoma City, OK 73105

Pennsylvania Department of Health
Division of Chemistry & Toxicol
P.O. Box 500
Exton, PA 19341-0017

NC Department of Labor
4 W. Edenton Street
Raleigh, NC 28601

Oklahoma Tax Commission
2501 N. Lincoln Blvd
Oklahoma City, OK 73194

Pennsylvania Dept of Revenue
PO Box 280903
Harrisburg, PA 17128-0903

NC Department of Revenue
301 McCullough Dr. #300
Charlotte, NC 28262

Orwa Hillou
361 Grovehurst Walk
Lawrenceville, GA 30045

Phenix Research Products
73 Ridgeway Road
Candler, NC 28715-8363

Newegg, Inc.
Attn: Accts Receivable
17560 Rowland St
Rowland Heights, CA 91748

Pain Mgt Without Drugs, LLC
2172 E Wattles Road
Troy, MI 48085

Phenomenex
P.O. Box 749397
Los Angeles, CA 90074

Nicholas Simoni
10644 Belfry Circle
Orlando, FL 32862

Paul Warrington
5684 Mountain Oak Drive
Braselton, GA 30517

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250-7874

Nue Medical Consulting Inc.
dba Nue Med'l Consult's #1800
1130 Hurricane Shoals Rd, NE,
Lawrenceville, GA 30043

Paul Wesley Warrington
459 Wild Elm Street
Franklin, TN 37064

PlatinumCode
8095 215th Street West
Lakeville, MN 55044-8986

Nue Medical Consulting Inc.
GNOS Medical
Suite 1800
1130 Hurricane Shoals Rd, NE,
Lawrenceville, GA 30043

Paul Wesley Warrington
1114 Barrel Springs Hollow Rd
Franklin, TN 37069

Powell Property Group, Inc.
P.O. Box 3184
Cumming, GA 30028-6516

NYS Employment
Contributions & Taxes
PO Box 4119
Binghamton, NY 13902-4119

PAX Medical, Inc.
1200 Buddy Court
Chesapeake, VA 23321

Practice Fusion
731 Market Street, Suite 400
San Francisco, CA 94103-2009

Ohio Department of Job
 & Family Services
P.O. Box 182413
Columbus, OH 43218-2413

PCM
File 55327
Los Angeles, CA 90074-5327

Premier Worldwide, LLC
3355 Sweetwater Rd, Apt 9307
Lawrenceville, GA 30044

Ohio Department of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43218-2667

Pennsylvania Dept of Labor
651 Boas Street
Harrisburg, PA 17102

Primary Diagnostic Systems, Inc.
Aka Cecil Bennett MD
Suite 1450
101 Marietta Street
Atlanta, G a30303-2759

Pro Care Counseling
2125 Barrett Park Dr NW
Suite 106
Kennesaw, GA 30144

Reach Technologies
4850 Golden Parkway
Ste B421
Buford, GA 30518

SC Department of Revenue
PO Box 125
Columbia, SC 29214

Pure Water Technology Georgia
5112 Richmond Road
Bedford, OH 44146-1331

REMS Drug Testing, LLC
1108 Lockheed Drive
PO Box 2238
Beaver, WV 25813

SCC Marketing Group, Inc.
5631 Tranquility Drive
Braselton, GA 30517

QT Fleet Card
P.O. Box 6293
Carol Stream, IL 60197-6293

Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099

Scott Laney
2206 N. Harrison Blvd
Boise, ID 83702-1239

Quantitative Solutions
6831 NW 20th Ave
#110
Fort Lauderdale, FL 33309

Richard Veith
5222 Illinois Avenue
Nashville, TN 37209

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Quest Diagnostics
P.O. Box 740736
Atlanta, GA 30374-0736

Richard Welsh
4 Lake Court
Augusta, GA 30909

Shane Brickner
24318 E. Marti Ct
Liberty Luke, WA 99029

Quest Diagnostics Inc.
Nichols Chantilly
1425 Newbrook Drive
Chantilly, VA 20151-2228

Rory V. Bellina
614 Tchoupitoulas Street
New Orleans, LA 70130-3212

Shannon Guffey
5714 W Hwy 90
Monticello, KY 42633

Quick Medical Transportation
759 Braselton Hwy
Suite G
Lawrenceville, GA 30043-4589

Salimata Kone-Coulibaly
1740 Millhouse Run
Marietta, GA 30066

Shelby Woodard
2839 Dunkirk Drive
St. Louis, MO 63119

Quick Medical Transportation
190 Paris Drive
Lawrenceville, GA 30043-4589

Samuel Geffon
200 E 33rd St Apt 30c
New York, NY 10016

Sherwin-Williams Co.
524 Lyle Circle
Lawrenceville, GA 30046-4564

Rafeek Awwad
190 Paris Drive
Lawrenceville, GA 30043

Sarah Al-Baghdadi
5684 Azalea Woods Drive
Braselton, GA 30517

Shred-It USA
P.O. Box 13574
New York, NY 10087-3574

Raghad Ridha
251 Robin Street #10
Decatur, GA 30030

SC Department of Labor
110 Centerview Dr
Columbia, SC 29210

Shred-It USA
7734 S. 133rd Street
Omaha, NE 68138-3499

Siemens Healthcare Diagnostics
P.O. Box 121102
Dallas, TX 75312-1102

SunTrust Bank
303 Peachtree Street
Suite 900
Atlanta, GA 30308-3201

TigerDirect.com
PCM File 55327
Los Angeles, CA 90074-5327

Smart and Eazy
3551 Philadelphia St
Chino, CA 91710-2089

SunTrust Bank
Perimeter Center Parkway
GA-Atlanta-0039
Atlanta, GA 30326

TN Dept of Labor & Workforce
PO Box 101
Nashville, TN 37202-0101

Smith & Howard
271 17th Street, NW
Suite 1600
Atlanta, GA 30363-6217

SunTrust Equipment Finance & Leasing
120 E. Baltimore St
Floor 23
Baltimore, MD 21202-1600

Toxicology Management Service
543 Country Club Dr., B-126
Simi Valley, CA 93065

Stacy Naidzich
1398 Eastwind Dr N
Jacksonville Beach, FL 32250

Tecan
P.O. Box 602740
Charlotte, NC 28260-2740

Toxicology Management Services
Kathleen L. DeBruhl & Associates
614 Tchoupitoulas Street
New Orleans, LA 70130-3212

Stanley Wu
3945 Suwanee Bend Drive
Suwanee, GA 30024

Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037

TransProma Inc.
3145 Northwoods Pwky
Suite 300
Norcross, GA 30071

State of New York Department of Labor
Unemployment Insurance Division
Governor W. Averell Harriman State
Office Building Campus
Building 12, Room 256
Albany, NY 12240

The Guardian Ins & Annuity Co.
Retirement Solutions
P.O. Box 26280
Lehigh Valley, PA 18002-6280

Travelers Casualty Insurance
Company of America
One Tower Square
Hartford, CT 06183-0002

Steven A. Ginther
Missouri Dept. of Revenue
301 W. High Street
Jefferson City, MO 65105-0001

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

Travelers Insurance
Attn: Bankruptcy Dept
One Tower Square
Hartford, CT 06183

Steven Montgomery
575 Saddleback Loop Way NW
Issaquah, WA 98027

The Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Tuwana Wiggins
4317 Wilgrove Mint Hill Rd
Mint Hill, NC 28227

Stewart Medical, LLC
11124 Kingston Pke
Ste 119-121
Knoxville, TN 37934

The Sherwin-Williams Company
c/o Michael B. Bach, Authorized Agent
DeHaan & Bach, LPA
25 Whitney Drive, Suite 106
Milford, OH 45150

TX Comptroller of Public Accts
PO Box 149348
Austin, TX 78714-9348

Sun Life Financial
P.O. Box 7247-0381
Philadelphia, PA 19170-0381

Tiffany Kopruch
107 N Roxford Road
Kings Mountain, NC 28086

UCT, LLC
2731 Bartram Road Bristol
Bristol, PA 19007

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

Utah Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0400

Washington State Department of Labor&
Industries
Bankruptcy Unit
P.O. Box 44171
Olympia, WA 98504-4171

United States Liability Ins Gr
1190 Devon Park Drive
P.O. Box 6700
Wayne, PA 19087-8700

Vanessa O'Neil
1250 Sunrise Drive
Newport, TN 37821

WellCare of Florida, Inc.
c/o Andre Hendrick
1180 West Peachtree St, Suite 1800
Atlanta, GA 30309-3407

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Vendedge
3080 Northfield Place
Suite 101
Roswell, GA 30076-4917

WellCare of Georgia, Inc.
c/o Andre Hendrick
1180 West Peachtree St, Suite 1800
Atlanta, GA 30309-3407

U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448

Verified First, LLC
1550 South Tech Lane
Suite 200
Meridian, ID 83642-8244

WellCare of Kentucky, Inc.
c/o Andre Hendrick
1180 West Peachtree St, Suite 1800
Atlanta, GA 30309-3407

U.S. Bank, N.A.
d/b/a U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Verizon Wireless
P.O. Box 660108
Dallas, TX 75255-0108

WellCare of Louisiana, Inc.
c/o Andre Hendrick
1180 West Peachtree St, Suite 1800
Atlanta, GA 30309-3407

U.S Department of Labor
Attn: Barbara Barnett
61 Forsyth Street SW, Suite 7B54
Atlanta, GA 30303

Virginia Dept of Taxation
PO Box 1115
Richmond, VA 23218-1115

WellCare of Texas, Inc.
c/o Andre Hendrick
1180 West Peachtree St, Suite 1800
Atlanta, GA 30309-3407

U.S Department of Labor
Attn: Jeffrey Perkins
61 Forsyth Street SW, Suite 7B54
Atlanta, GA 30303

Virginia Labor & Industry Dept
600 E. Main St #207
Richmond, VA 23219

William B. Balke
Littler Mendelson, PLC
Attorney for Millennium Heath, LLC
200 Renaissance Center, Suite 3110
Detroit , MI 48243

U.S. Securities & Exchange Comm
Office of Reorganization
950 East Paces Ferry Rd, NE
Suite 900
Atlanta, GA 30326-1382

WA Department of Revenue
Attn: Doug Houghton
2101 4th Ste 1400
Seattle, WA 98121-2300

William Green
3953 Millwood Lane
Lilburn, GA 30047

Utak
25020 Avenue Tibbits
Valencia, CA 91355

Wallace Brown
213 Sumner Dr
Arden, NC 28704

Williams, Pitts & Beard, PLLC
2042 McIngvale Rd
Hernando, MS 38632

Utah Department of Labor
160 East 300 South 3rd Floor
Salt Lake City, UT 84114-6600

Washington Labor & Industry
7273 Linderson Way SW
Tumwater, WA 98501

Wondfo USA Co. Ltd
545 Willowbrook Center Pkwy
Unit B
Willowbrook, IL 60527

Wyatt Breeding
100 Antioch Pike
Apt 713-gg
Nashville, TN 37211

Yasmine Daaro
1937 Dilcrest Drive
Duluth, GA 30096

Yeager Precision Products
d/b/a Accurate MD Services
705 Forest Park Drive
Brentwood, TN 37027

Zakaria Alnimr
1326 Calistoga Way
Lawrenceville, GA 30043

MN & ND Bricklayers & Allied Craft
Leonard, O'Brien, Spencer, Gale
Attn: Michael T. Joliat, Esq.
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-1234

Martin P. Ochs
Office of the U.S. Trustee
362 Richard Russell Federal Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Oklahoma Tax Commission
General Counsel Office
100 N. Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

State of Michigan, Dept of Treasury
Attn: Moe Freedman
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202-6030

TDOR c/o Attorney General
PO Box 20207
Nashville, TN 37202-4015

U.S. Department of Labor
c/o Lawrence H. Thompson
Deputy Regional Director
61 Forsyth St., SW, Rm 7B54
Atlanta, GA 30303-8943

United Parcel Service, Inc.
c/o Lawrence Schwab/Kenneth Law
Bialson, Bergen & Schwab
633 Menlo Ave, Suite 100
Menlo Park, CA 94025-4711