

**IT IS ORDERED as set forth below:**

Date: July 3, 2018

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONFIRMATRIX LABORATORY, INC., | ) | Case No. 16-69934-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING CONFIRMATRIX LABORATORY, INC.'S
MOTION TO DISMISS**

The Motion to Dismiss (ECF No. 244) (the "**Motion**") having been filed by Debtor Confirmatrix Laboratory, Inc. (the "**Debtor**"); notice of the Motion having been served on all creditors and parties- in-interest; other than that of the United States Trustee, no objections were raised by any creditor or other party-in-interest at or before the June 19, 2018 hearing on the Motion; and based upon the findings of fact and conclusions of law as enunciated by the Court in its ruling made on the record on June 26, 2018, the United States Trustee's objection is hereby overruled and it is hereby

ORDERED that the Motion is GRANTED as provided herein; and it is

FURTHER ORDERED that, as a condition of dismissal of Debtor's Bankruptcy Case No. 16-69934-PWB (the "**Bankruptcy Case**"), Debtor shall file all monthly operating reports to

cover all time through the dismissal of the case and make the following disbursements of its remaining funds on hand: (i) payment of all outstanding United States Trustee fees as calculated by the United States Trustee's office; and (ii) pro-rata distribution to James-Bates-Brannan-Groover-LLP ("JBBG"), Smith & Howard, P.C. ("S&H") and Anthem Blue Cross Blue Shield ("BCBS") on their hereby allowed or previously-approved total administrative claims in the amounts of $941,827.44 (JBBG), $97,500.00 (S&H), and $84,623.22 (BCBS), respectively, of all remaining amounts (except $37,500 which are subject to release per previously approved purchase and sale agreement and $10,000 for payment of reasonably-documented hourly expenses) and as funds become available in accordance with the priority scheme set out under the Bankruptcy Code; and it is

FURTHER ORDERED that, within three (3) business days after the completion of all of the above-referenced disbursements, Debtor shall, via a filed pleading on the docket, notify the Court (i) that all the above conditions of dismissal have been satisfied, (ii) whether, after consulting with counsel for the United States Trustee, the United States Trustee is in agreement with the same, and (iii) that dismissal of Debtor's Bankruptcy Case is appropriate; and it is

FURTHER ORDERED that cause exists under Section 349(b) of the Bankruptcy Code for this Court to find that any dismissal of the Bankruptcy Case shall not vacate any prior order, judgment, or transfer of property entered or authorized in the Bankruptcy Case and all such orders, judgments, and transfers shall remain valid and effective notwithstanding such dismissal; and it is

FURTHER ORDERED that the Court shall retain jurisdiction to interpret this Order or any previously entered orders in this case.

**END OF DOCUMENT**

2

Prepared by:

/s/ J. William Boone
J. William Boone
Georgia Bar No. 067856
Doroteya N. Wozniak
Georgia Bar No. 627491
3399 Peachtree Road, N.E.
Suite 1700
Atlanta, Georgia 30326
(404) 997-6020
(404) 997-6021 (fax)
bboone@jamesbatesllp.com
dwozniak@jamesbatesllp.com
*Counsel for Confirmatrix Laboratory, Inc.*

*See Attached Distribution List*

3

## DISTRIBUTION LIST

Marty P. Ochs
Office of the U.S Trustee
362 Richard Russell Bldg
75 Ted Turner Drive, SW
Atlanta GA  30303

Joseph C. Klein, Esq.
Associate General Counsel
Anthem Blue Cross & Blue Shield
4362 Irwin Simpson Rd, Mail Point OH010-A220
Mason Ohio  45040-9498

Smith & Howard, P.C.
271 17th Street, NW
Suite 1600
Atlanta, GA  30363