## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONFIRMATRIX LABORATORY, INC., | ) | Case No. 16-69934-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF DISBURSEMENTS

Confirmatrix Laboratory, Inc. (the "**Debtor**") hereby files this Notice of Disbursements as required by that certain Order Granting Confirmatrix Laboratory, Inc.'s Motion to Dismiss (ECF No. 250) (the "Order") and states that Debtor has complied with the requirements set out in the Order.  Debtor has consulted with the United States Trustee and has confirmed that United States Trustee is in agreement with same. Accordingly, dismissal of the Debtor's bankruptcy case is appropriate.

Respectfully submitted this 10th day of September, 2018.

JAMES-BATES-BRANNAN-GROOVER-LLP
By:    */s/ J. William Boone*
J. William Boone
Georgia Bar No. 067856
Doroteya N. Wozniak
Georgia Bar No. 627491
3399 Peachtree Road, N.E., Suite 1700
Atlanta, Georgia 30326
(404) 997-6020
(404) 997-6021 (fax)
bboone@jamesbatesllp.com
dwozniak@jamesbatesllp.com

*Counsel for Confirmatrix Laboratory, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONFIRMATRIX LABORATORY, INC., | ) | Case No. 16-69934-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served true and correct copies of the foregoing pleading by filing same with the CM/ECF electronic-filing system and depositing same in the United States mail, with adequate first class postage affixed thereon, properly addressed to the parties on the service list as follows:

Marty P. Ochs
Office of the U.S Trustee
362 Richard Russell Bldg
75 Ted Turner Drive, SW
Atlanta GA  30303

Joseph C. Klein, Esq.
Associate General Counsel
Anthem Blue Cross & Blue Shield
4362 Irwin Simpson Rd, Mail Point OH010-A220
Mason Ohio  45040-9498

Smith & Howard, P.C.
271 17th Street, NW
Suite 1600
Atlanta, GA  30363

*[Signature on Following Page]*

2

This 10th day of September, 2018.

/s/ J. William Boone
J. William Boone
Georgia Bar No. 067856
Doroteya N. Wozniak
Georgia Bar No. 627491
3399 Peachtree Road, N.E.
Suite 1700
Atlanta, Georgia 30326
(404) 997-6020
(404) 997-6021 (fax)
bboone@jamesbatesllp.com
dwozniak@jamesbatesllp.com